UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

    *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    Defendant(s).
_____/

## OMNIBUS ORDER

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS

THIS CAUSE came before the Court on various Motions filed by Plaintiff Huntington National Bank ("Plaintiff") and Defendant Stanley R. Kalish ("Kalish"), and the Report of Magistrate Judge Patrick M. Hunt dated June 11, 2025. [DE 52].[1] The Court has conducted a *de novo* review of the Motions, the Report, Defendant Kalish's Notice of Objection to Report and Recommendation of Magistrate Judge Hunt [DE 54], and is otherwise fully advised in the premises. The Court notes that Judge Hunt held a hearing on the Motions on June 6, 2025. *See* [DE 52]. Upon careful consideration, the Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the Report.

---

[1] The Court notes that this case is related to Case no. 25-cv-61033-WPD, *Kalish v. Huntington National Bank*. The Court will address the Motions in that case by separate Order in that case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 52] is hereby **APPROVED**;

2. Defendant Kalish's Objections [DE 54] are **OVERRULED**;

3. Plaintiff's Motion for Issuance of Order Directing the Clerk of Court to Issue a Warrant of Arrest *In Rem* [DE 4] is **GRANTED.** The Court will enter a separate Order Directing the Clerk of Court to Issue a Warrant of Arrest *in Rem*;

4. Plaintiff's Motion for Appointment of Substitute Custodian [DE 4] is **GRANTED.**[2] The Court will enter a separate Order on Motion for Substitute Custodian granting same;

5. Plaintiff's Motion for Protective Order and Defendant Kalish's multiple Motions [DE's 17, 20, 21, 22, 25, 31, 45, 46] are **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of June, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

---

[2] Judge Hunt recommended denying the Motion without prejudice until a supplemental filing with the required indemnification agreement was filed. *See* [DE 52] at p. 4. Plaintiff has now made the required filing. *See* [DE 53].