# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         IN ADMIRALTY

 3           CASE NO. 0:25-CV-61018 DIMITROULEAS/HUNT

 4    HUNTINGTON NATIONAL BANK,
                                        Fort Lauderdale, Florida
 5                 Plaintiff,
                                        June 6, 2025
 6            vs.

 7    M/Y Something ABOUT MERI, her
      engines, machinery, tackle,
 8    apparel, boats, furniture,
      equipment, rigging, freights,
 9    and all other necessary
      appurtenances, etc., in rem,
10    and STANLEY R. KALISH, in
      personam,
11
                   Defendants.       Pages 1- 39
12    -----------------------------------------------------------

13           CASE NO. 25-61033-CIV-DIMITROULEAS/HUNT

14    STANLEY R. KALISH,

15                 Plaintiff,

16            vs.

17    HUNTINGTON NATIONAL BANK,

18                 Defendant.

19    -----------------------------------------------------------

20                            HEARING
                TRANSCRIBED FROM DIGITAL AUDIO RECORDING
21             BEFORE THE HONORABLE PATRICK M. HUNT
                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25
```

```
 1
        APPEARANCES:
 2
        FOR HUNTINGTON BANK:        ROBERT ALLEN LAW
 3                                  1441 Brickell Avenue, Suite 1400
                                    Miami, Florida 33131
 4                                  NICHOLAS J. ZEHER, ESQUIRE
                                    JESSIE PULITZER, ESQUIRE
 5
        STANLEY R. KALISH, PRO SE
 6

 7      ALSO PRESENT:               DANIELLE MORRON

 8      TRANSCRIBED BY:             Gina Rodriguez, RPR, CRR, CRC
                                    299 East Broward Boulevard
 9                                  Fort Lauderdale, Florida 33301
                                    gina_rodriguez@flsd.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1    The following proceedings were held:

2              THE DEPUTY CLERK:  Calling Case Number 25-61018

3    Dimitrouleas/Hunt.  Huntington Bank versus M/Y Something About

4    Meri.

5              And also calling Case Number

6    25-CV-61033-Dimitrouleas/Hunt, Stanley R. Kalish versus

7    Huntington National Bank.

8              Counsel, if you would please announce your appearance

9    for the record.

10             MR. ZEHER:  Nick Zeher for Huntington Bank.

11             MS. PULITZER:  Jessica Pulitzer for Huntington Bank.

12             THE COURT:  All right.  And on the other side?

13             MS. MORRON:  Say your name.

14             DR. KALISH:  Stanley R. Kalish.

15             THE COURT:  Okay.  All right.  First of all, let me

16   apologize for the delay.  I'm on criminal duty, and this

17   morning's docket went way over, and it was beyond our control.

18   I apologize for the delay.

19             So, let's launch into this.  A couple of things I want

20   to address first and then -- and then we'll -- we'll decide how

21   to proceed.  And, first of all, I understand, Dr. Kalish, you

22   may be hard of hearing.  If I'm not speaking loud enough,

23   please let me know, and I'll try to speak up.  We're good?

24             DR. KALISH:  Thanks.

25             THE COURT:  All right.  First thing is that
```

1    Ms. Morron -- is that how you pronounce it?

2            MS. MORRON:  Morron.

3            THE COURT:  Ms. Morron, at the last hearing, the Zoom

4    hearing, we spoke with you.  Dr. Kalish was not here.  I need

5    to make it clear to you -- I'm fine with you sitting where you

6    are today and speaking with Dr. Kalish, but you need to

7    understand that you're not a lawyer, and you're not a party in

8    this case.  I know that you filed a motion to intervene, but

9    those motions were stricken by Judge Dimitrouleas, so you're

10   neither a party nor a lawyer, so you don't have any standing to

11   speak here today.

12           Dr. Kalish, this is the first time I'm going to tell

13   you, but I am probably going to tell you about a dozen more

14   times today, you really need to hire a lawyer to help you in

15   this case.  It's a very bad idea to try to proceed by yourself,

16   and so I really encourage you to get a lawyer to proceed in

17   this case, okay?  Do you think you're going to be able to do

18   that?

19           MS. MORRON:  No.

20           DR. KALISH:  I don't think so.

21           THE COURT:  Because you don't want to or you can't

22   afford to?

23           DR. KALISH:  No, because I can't afford to,

24   Your Honor.

25           MS. MORRON:  And we tried every lawyer.

1          THE COURT:  All right, Ms. Morron, part of you not

2     speaking here would be not telling him everything to say, okay?

3          MS. MORRON:  Okay.

4          THE COURT:  So, you're welcome to stay there, but if

5     Mr. Kalish is proceeding on his own, he's going to be -- need

6     to be able to address me on his own without you telling him

7     what to say, okay?

8          MS. MORRON:  Okay.

9          THE COURT:  All right.  Again, I strongly recommend

10    that you get a lawyer for a lot of reasons.  But, let me start

11    then the first issue that I think we need to discuss is there's

12    a motion for sanctions that was filed by Dr. Morron [sic]

13    relating to -- I'm sorry, Dr. Kalish relating to possible

14    ethical problems on the -- I'm having a hard time calling

15    people "plaintiffs" or "defendants," but in this case I'm going

16    to refer to "the Plaintiff" as "The Bank" and "Defendant" as

17    "Dr. Kalish."  But there's been an allegation that there was

18    some ethical problem of, I guess, Ms. Morron sending you the

19    complaint in this case and that you may be ethically

20    compromised in the case.  Are you prepared to address that here

21    today?

22          MR. ZEHER:  Yes, Your Honor, we can address that.

23          THE COURT:  Why don't do you so.

24          MR. ZEHER:  Okay.  So, I believe Ms. Morron called our

25    law firm, spoke to a receptionist.  Somehow or another got the

1    receptionist's email address, sent a series of documents that

2    had been subsequently filed by Ms. Morron in a different case,

3    the Kalish versus Huntington.  No lawyer nor firm looked at

4    anything, no lawyer nor firm spoke to Ms. Morron.  And as soon

5    as we got an email from our receptionist about the inquiry as

6    being inquired to represent them, I sent an immediate email out

7    saying we've already been retained by the bank on this.  Nobody

8    respond, nobody answered any of these emails, nobody get back

9    in touch with her.  And that was the extent of it.

10       We never even opened what Ms. Morron sent until we got

11   the motion for disqualification or motion for sanctions.  And I

12   was like, what did she even send?  And if you look at our

13   complaint that was filed, and you look at what was provided to

14   our law firm, it has nothing to do with what we filed.  We

15   didn't rely on anything.  We never even looked at it.

16       THE COURT:  All right.  Dr. Kalish, do you have any

17   questions about that?

18       DR. KALISH:  No, I don't.

19       THE COURT:  All right.  I mean, it doesn't sound to me

20   like anything inappropriate happened.  I don't think -- see any

21   remote basis for disqualification of counsel based on that.  It

22   would be my intention to deny that portion of the motion.

23       The primary thing that we had on tap last time and the

24   primary thing that's on tap here today are actually Plaintiff's

25   motions regarding arrest of the vessel and related things.

1    We'll discuss some of the other motions that were filed by you,

2    Dr. Kalish, in a minute.  But the primary motions by the

3    Plaintiff are to arrest the vessel and then to appoint a

4    custodian; is that right, Mr. Zeher?

5          MR. ZEHER:  Yes, Your Honor.

6          THE COURT:  And Judge Dimitrouleas initially addressed

7    that.  He set a bond already; is that right?

8          MR. ZEHER:  Yes, bond's in place.

9          THE COURT:  And he's already posted that bond?

10         MR. ZEHER:  Yes, Your Honor.

11         THE COURT:  All right.  My understanding is that after

12   the new case was filed by Dr. Kalish, that Judge Dimitrouleas

13   sort of backed off of doing anything further in that case,

14   referred it to me, we consolidated the cases.

15         It seems to me, Dr. Kalish, that what -- what they're

16   asking to do is arrest the vessel, get a custodian there, get a

17   bond posted, and have the vessel in a secure location so this

18   case could proceed.  That seems to be in your interest as well.

19   As I said, there would be a bond posted.  My suggestion,

20   although no one specifically asked for it, but you both kind of

21   talked about it, is that there's allegations on both sides that

22   people have been on the vessel and doing things they shouldn't

23   do.  I would suggest that you agree to have me put into any

24   order arresting the vessel a provision that no party can enter

25   onto the vessel or remove anything from the vessel without

1    notice to the other side and some level of supervision, I

2    guess, by the custodian.  My intention would be to make that

3    apply to both sides.

4          So, Dr. Kalish, if you have personal items on there

5    that you need to get off, I want you to be able to do that, but

6    I want the other side to be confident that you're not doing

7    anything you're not supposed to on there.  And, likewise, there

8    have been allegations from them that certain items I think were

9    removed from the vessel.

10         I want -- you know, I want both sides to be satisfied

11   that if the other side is going on the vessel for any reason,

12   you know about it, and someone is supervising it.  Is that

13   acceptable to both sides?

14         MR. ZEHER:  With one caveat, Judge.

15         THE COURT:  What's that?

16         MR. ZEHER:  Personal items as in clothing and stuff

17   like that, the bank would not object to Dr. Kalish removing.

18   Anything else on the vessel we would object to because those

19   would be considered appurtenances.  The furniture, all the

20   stuff on the inside, any -- anything of value on the vessel, it

21   would be considered appurtenance.  And it looks like, you know,

22   about a million dollars is owed on the loan, and -- well, maybe

23   a little bit more.  And so the bank could end up upside-down

24   here with a deficiency, so it may come down to selling the

25   furniture or anything along those lines.  So the bank wants to

1  preserve the most amount of value in the vessel should it go to

2  auction.

3      THE COURT:  Sure.  I mean, I think that your complaint

4  includes furniture, equipment, rigging, freights, and all the

5  necessary appurtenances, et cetera.  When I talk about

6  Dr. Kalish going on and removing personal property, I wasn't

7  referring to furniture or rigging or anything like that.  So,

8  try to make that clear in the order, but, basically, the

9  fundamental of the order is if either side is going to go onto

10  the boat for any reason, the other side needs to know about it.

11  And it has to be supervised and no one can take anything off

12  the boat that the other side doesn't know about and approve of.

13      Is that okay with you, Dr. Kalish?

14      MS. MORRON:  He couldn't -- he couldn't hear.

15      DR. KALISH:  I can't really hear the counsel.  He's

16  very soft-spoken.  And, I'm sorry, apparently these hearing

17  aids, which are very expensive, are not working great.

18      THE COURT:  Let me repeat.  With respect to the last

19  thing, what I want is that nobody goes on the boat and removes

20  anything without the other side knowing about it.

21      DR. KALISH:  That's fine with me.

22      THE COURT:  That's really about you -- you getting any

23  personal property that might be on there, and the only

24  distinction that counsel was making is personal property might

25  mean, you know, I don't know, clothing, jewelry, something that

1    belongs to you that's on the boat, but you can't go in and take

2    away furniture or anything that is part of the boat.  But I

3    don't want to get into the weeds on that about deciding every

4    time somebody wants to take something off the boat, deciding

5    what's an appurtenance and what is personal property.  My

6    intention would be if anybody is going on, the other side has

7    to know, and someone, I guess the custodian has to supervise

8    it, and nobody takes anything off without the other side

9    approving.

10          Would that be acceptable to you, Mr. Zeher?

11          MR. ZEHER:  I would ask for a little bit more as in --

12   instead of every time someone wants to go onto the boat, maybe

13   a specific timeframe where we get a list of the items.  Because

14   if we look at this every time somebody wants to go on the boat

15   substitute custodians insurance company is going to have

16   concerns with individuals on and off the boat and whenever they

17   want.  We'd ask that a motion be filed with the Court.  I

18   believe that's standard procedure in a situation like this.

19   And then the Court grant permission in a select timeframe to be

20   on the vessel and then the items, you know, escorted on either

21   by substitute custodian or the marshal, if necessary, and then

22   that -- and then the vessel remains in possession of substitute

23   custodian.

24          THE COURT:  All right.  That sounds fair enough.

25   I'll put it into the order then that it will be anticipated

1    that this will be the procedure.

2          But, Dr. Kalish, if you want to go onto the boat and

3    take anything off, you'll need to file a motion for permission

4    to do that, so that everyone knows when it's going to happen,

5    they can know about it and someone can supervise, okay?

6          DR. KALISH:  That's fine with -- that's fine with me.

7    But I understand there are some items on the boat that they

8    stated belong to me, which are highly insulting, and it

9    includes sex toys, which I have nothing to do with.  I'm a

10   wonderful person, and I have wonderful patients, and I don't

11   engage in that kind of pornography.  So I think that the bank

12   or whomever put that -- those personal items, as if they belong

13   to me, and believe me, they don't.

14         THE COURT:  All right.  Then don't take them it.  If

15   want to go onto the boat and take any personal items, you'll

16   file a motion, you'll request permission, that way everything

17   can be above board and everyone will be there and make sure

18   that everything that's being taken off the boat belongs to you

19   and is appropriate and is not even arguably subject to, you

20   know, any liens in this case, okay?

21         DR. KALISH:  Yes.

22         THE COURT:  So other than those matters, so it would

23   be my intention to recommend if we are -- this is sort of our

24   problem, not yours.  We have to decide whether this is an order

25   or report and recommendation, but I would either order or

1  recommend that the vessel -- that the vessel be arrested, that

2  a custodian be appointed, and that a bond, that the bond that's

3  already been set be approved and that we add this additional

4  condition that, you know, that if anyone wants to go on the

5  boat to take anything off of it, you'll have to file a motion

6  to get permission and set a time so that the other side can be

7  there to make sure that nothing inappropriate is being done.

8       I think if we do that, we're accomplishing what both

9  of you were requesting at the beginning of this case which is

10  basically to preserve the status quo and then allow the case to

11  go forward.  So, all of the other things that have been

12  alleged, we can address those at the appropriate time.  But

13  these cases generally start with making sure the boat is where

14  it's supposed to be, that there's a bond, that no one is able

15  to move the boat, that no one is able to sell the boat, that

16  way both sides can be heard on what fundamentally is just a

17  mortgage matter, and we'll be able to go forward in that

18  respect.  Is that all right with everybody?

19       MR. ZEHER:  That's fine with the bank.

20       THE COURT:  Dr. Kalish?

21       DR. KALISH:  Not really.

22       THE COURT:  How come?

23       DR. KALISH:  Well, I think that from what I see and

24  what I hear, the boat is in a very bad place, in a place of

25  danger, and a place that is not accessible as I've read should

1    be, a major waterway, and it has been damaged because of its

2    place close to the brokers who originally sold the boat, even

3    though they denied they never saw the boat there, which is a

4    lie.  So there's things there as far as the boat is concerned

5    that concern me as it is my property.

6         And I don't like the fact that it's been put in a

7    commercial yard up against cement walls that can damage my

8    vessel, which is my pension.  That was my pension, Your Honor,

9    what I've lived for my whole life to get, and now it's being

10   taken away by collusion.  And I really believe after reading

11   all this, and I know you've had to read all of this, that

12   there's a lot of things going on here that don't really match

13   and are not fair to me as a U.S. citizen.

14        THE COURT:  We're going to get to all that.

15        But, Mr. Zeher, where is the boat now?  Is it your

16   intention that it stay there or the appointment of custodian

17   was going to move it to a different location?

18        MR. ZEHER:  The custodian's got it behind -- in the

19   yard up the New River, Judge.  There's fenders in place,

20   there's insurance on the boat.  There's no -- nothing wrong

21   with the location that the boat's in.

22        DR. KALISH:  That's just not so.

23        THE COURT:  Well, I mean, you said you want it to be

24   on navigable waters, but the whole point of this is that it's

25   not supposed to go anywhere.  As long as the boat is safe, the

1    fact that it's not --

2            DR. KALISH:  My question is that --

3            THE COURT:  You what?

4            DR. KALISH:  I'm sorry, Judge, I didn't . . . I said I

5    don't think the boat is safe, I think the boat is being

6    protected by the people who have great interest in making money

7    if they resell the boat, and the boat has been damaged by their

8    action.  And I don't think that's a fair place to keep the

9    boat.

10           THE COURT:  Well, that's the point of putting up a

11   bond.  If there's any damage caused by them moving it or

12   anything else, there's a bond to make sure that's taken care

13   of, and we'll sort that out later, too.  Again, the point is to

14   have it in a place where it's not being moved, it's not being

15   damaged, it's safe.  If you don't like that place, then maybe

16   you can suggest an alternative custodian and maybe you can work

17   that out with Mr. Zeher.  Where would you like the boat to be?

18           DR. KALISH:  I would like the boat to be in a

19   different place with a custodian that -- that's not biased and

20   has not been involved in this whole deal with Rick Obey and the

21   broker and the bank and just a whole bunch of people who have

22   very vested interest in seeing that this boat be sold at a low

23   price so they could make money on it.  And I don't trust any of

24   the people surrounding that vessel, Your Honor.

25           THE COURT:  All right.  Why don't you do some research

1   on it, and if you want to file a motion requesting a substitute

2   custodian, I will consider that.

3          MS. MORRON:  He did.

4          DR. KALISH:  Thank you, sir.

5          THE COURT:  Okay.  With respect to all the other

6   things that have been filed, there's been an allegation that a

7   lot of those motions are perhaps being prepared by Ms. Morron,

8   perhaps they're being done using AI.  Both of those things are

9   inappropriate.  Ms. Morron, the things that you filed I think

10  today, those have been stricken.  You need to be very careful.

11  If you are filing things in federal court and you're not a

12  lawyer and you're not a party, that could be a serious ethical

13  violation that could be a criminal violation.  You need to not

14  do that.

15         And, Mr. Kalish, let me tell you again -- Dr. Kalish,

16  you need to get a lawyer to help you with this because

17  federal -- well, any litigation is very difficult.  Nobody

18  should do it without a lawyer.  Any sort of legal matter is

19  difficult.  Litigation makes it worse, federal litigation makes

20  it even more complicated.  Federal admiralty jurisdiction makes

21  it even the most complicated.  There's a special field of -- a

22  special group of lawyers who specialize in this, and, in fact,

23  I think at the last hearing that we had, there was an admiralty

24  lawyer who appeared briefly for you.  I'm not saying you need

25  to hire that guy, but you really should have an admiralty

```
1    lawyer helping you on this.  There's a lot of money involved
2    here.  You obviously feel very passionately about it, and I
3    strongly, strongly advise you to get an attorney to help you
4    with this.  Because of the nature of the pleadings that have
5    been filed, a lot of them are overlapping, they say a lot of
6    the same things.  They appear to me to be AI-generated, and I
7    don't think you wrote them.  What I'm going to do is I'm going
8    to deny all of those motions without prejudice.  What that
9    means is I'm not saying you're wrong about anything; I'm saying
10   you need to do it the right way.  Right now we're preserving
11   the status quo, and we'll hear any argument you have to make
12   regarding the way they got the boat, whether you owe anything
13   on a mortgage, anything like that.
14        But I want you to do it the right way.  If you insist
15   on doing it yourself, that's okay, but you can't have
16   Ms. Morron ghostwriting it for you, and you can't have AI
17   ghostwriting it for you.  And I strongly, strongly suggest you
18   hire a lawyer to help you go forward with this, okay?
19        DR. KALISH:  I understand what you said.
20        THE COURT:  Okay.  I think that covers what we have to
21   do today.  Anything else that we need to do?
22        DR. KALISH:  I just would like to say one thing if
23   that's okay.  I'm sorry for my voice.
24        THE COURT:  Of course.
25        DR. KALISH:  But I have a significant reputation as a
```

```
 1    physician.  I am not a lawyer, but yet I know that this great

 2    country that we live in, that I support and pay taxes for,

 3    allows me, as a regular person, to defend something that I

 4    think is res ipsa loquitur, that the facts speak for

 5    themselves.  And though the facts may be complicated with

 6    maritime law, that they have been violated.  And my rights have

 7    been violated because of the way the bank and all the people

 8    around the bank, both Rick Obey and Rupert Gregory, and the

 9    liquidator all have good reason to make sure that I get the

10    least amount of money for the bank and then they turn around

11    and sue me for the difference.

12         That's what -- that's where I agree with you, you're

13    correct.  A lawyer would agree with me and a lawyer would be

14    able to speak in the terms that you, Your Honor, would

15    appreciate.

16         THE COURT:  Yeah, there are rules, and you have to

17    follow them, and the general practice is that we're more

18    lenient with somebody who is not a lawyer, but, again,

19    admiralty is the probably worst place for somebody to try to go

20    in and try to represent themselves.  You're right, you can do

21    it, but you, as a doctor, I'm sure that if you needed surgery,

22    you would not operate on yourself.  I'm a lawyer, I would never

23    represent myself.  And you're not a lawyer.  You definitely

24    should not represent yourself.

25         This is serious stuff.  You feel passionately about
```

```
1    it.  There's a lot of money involved.  You need to retain

2    somebody to help you with it.  I'm not telling you, you have,

3    to.  I'm saying that if you want to redo the motions so that

4    they comply with all the local rules, you're going to need to

5    understand the local rules, the rules of civil procedure, and

6    the admiralty rules.  That's a lot to ask somebody who has

7    never been to law school or anything like that, but you can do

8    it.  I just don't recommend it.  You really ought to get a

9    lawyer.  So, at this point --

10         DR. KALISH:  Would it be okay, Your Honor -- I agree

11   with you that I'm not a lawyer -- could I give you my CV to

12   tell you what I am -- been good at here for 42 years?  Not to

13   brag on myself, but to let you know that I'm in agreement with

14   you that I'm not a lawyer, but that I -- but I have done things

15   in this country and in this world that are significant.  And I

16   would like you to know that about me, if that's okay.

17         THE COURT:  I would never knowingly accuse somebody of

18   being a lawyer if they weren't a lawyer, so I'm not going to

19   ask you to give me that.  I'm -- I'm sure you're a very

20   accomplished man, I'm sure you're a very smart man.  You're

21   just out of your field, and I'm going to ask -- represent, you

22   know, just -- I'm recommending to you, again, just like you

23   wouldn't try to treat yourself as a doctor, no matter how good

24   a doctor you are, you should not represent yourself --

25         DR. KALISH:  A doctor who treats himself is a fool for
```

1    doctor and a fool for a patient.

2          THE COURT:  We have the expression over here, a man

3    who represents himself has a fool for a client.  I am sure

4    Mr. Zeher would tell you if he were in trouble, he would get a

5    different lawyer, he wouldn't try to do it himself.  I am a

6    lawyer, I am a pretty good one, I would not represent myself.

7    You need to take that advice, but I can't force you.

8          So, right now, as I said, the motions that are pending

9    I'm going to deny them without prejudice, meaning talk to a

10   lawyer, see what you want to do.  If your lawyer wants to go

11   forward and file those motions, but make sure that they conform

12   to the rules.  We'll consider them in the appropriate time.

13   And if you think about it and decide that you really want to do

14   it yourself, you can re-file it, too, but make sure that you

15   try to follow the rules.

16         DR. KALISH:  I really don't want to do it for myself,

17   but I don't know if I have a choice.  That's what I'm saying to

18   you, Your Honor.

19         THE COURT:  Okay.  There's been an allegation to one

20   of the things that was filed that you had attorneys engaged in

21   the Virgin Islands I think, and that by bringing that here

22   you're -- the other side is preventing them from practicing.

23   That's not accurate.  Somebody is a licensed lawyer in the

24   Virgin Islands, and they want to retain someone here to be

25   local counsel, they probably can practice here.  Is that U.S.

```
 1    Virgin Islands or British?

 2                DR. KALISH:  U.S. Virgin Islands.

 3                MR. ZEHER:  St. Thomas, U.S.

 4                THE COURT:  So if they're members of the bar of the

 5    Virgin Islands, they just have to get local practice -- local

 6    counsel here, and they probably could practice here.  But

 7    whoever it's going to be, I just strongly recommend that you

 8    get a lawyer to represent you.  And, again, let me tell you,

 9    don't rely on artificial intelligence.  There may be a day that

10    they replace us, but we're not there yet.  And there was a

11    recent case from a colleague of mine putting pretty stiff

12    sanctions on lawyers who are using AI and not checking up on

13    it.  It's not ready yet to write legal documents.  So, don't

14    rely on AI, and don't rely on Ms. Morron or anyone else who is

15    not a lawyer.

16                So, what else do I need to do here?  Oh, the

17    protective order?

18                DR. KALISH:  Can I read some of things that --

19                THE COURT:  Hold on a second.  There's also a motion

20    for a protective order from the bank.

21                MR. ZEHER:  Yes.

22                THE COURT:  Given the advice that I have just given,

23    I'm striking or -- I'm denying without prejudice everything

24    that's been filed.  Judge Dimitrouleas has already struck

25    everything filed by Ms. Morron, and I specifically advised you,
```

1    Ms. Morron, not to do that anymore.  The bank is asking for a

2    protective order to order you not to do that.  What I'm going

3    to do at this time is to deny that motion without prejudice,

4    but caution you, you're not a lawyer, you don't speak for

5    Dr. Kalish, you cannot represent him.  That includes sending

6    emails to opposing counsel, et cetera.  So you need to back off

7    from any sort of motion filing, whether it's ghostwriting or

8    otherwise, or otherwise communicating with the other side.

9    Dr. Kalish needs to get a lawyer.

10           MS. MORRON:  I signed the motion I filed myself.  I

11   didn't sign on behalf of Dr. Kalish.

12           THE COURT:  Okay, the ones that you filed, they've all

13   been stricken by Judge Dimitrouleas because you're neither a

14   party nor a lawyer in the case.  You filed a motion to

15   intervene, he denied that, so you can't file anything in this

16   case.  Okay?

17           MS. MORRON:  I also filed a motion to add myself as an

18   interested party.

19           THE COURT:  That was denied.  It was stricken

20   by Judge Dimitrouleas.

21           MS. MORRON:  When was that?

22           THE COURT:  Yesterday.  It was either yesterday or

23   today.  I think it was yesterday.  So he denied, he struck that

24   motion.

25           MS. MORRON:  Understood.

```
 1                THE COURT:  Okay.

 2                DR. KALISH:  Can I make a comment?

 3                THE COURT:  Yes.

 4                DR. KALISH:  Yes?

 5                THE COURT:  Yes.

 6                DR. KALISH:  I don't want to talk if I shouldn't.  Not

 7       only do I disagree with that, I haven't been on this vessel in

 8       four years.  She has run this vessel, she has paid for this

 9       vessel, she's put hundreds of thousands of dollars into this

10       vessel to repair it, to fix it, to paint it, and she most

11       definitely is an interested party.  Not only interested because

12       she loves the boat, but because she has a lot of personal

13       wealth and time involved in it.  So I don't know who came up

14       with that idea that she is not an interested party.  She most

15       certainly is, Your Honor.

16                THE COURT:  It was denied without prejudice by

17       Judge Dimitrouleas.  I'm not sure what his reasoning is, but I

18       do know that I can't overrule him.  You haven't followed the

19       rules, including the rules of civil procedure and the local

20       rules.  You may be able to get status as an interested person,

21       but you didn't do it right.  So if want to get status, you

22       should talk to a lawyer as well.

23                DR. KALISH:  I don't understand what sort of --

24       status, is that what you said?

25                THE COURT:  Yeah.  If she wants to have status in the
```

1    case as an interested person who is able to file anything,

2    there may be a way to do that, but the way that Ms. Morron

3    tried to do it didn't follow the rules, and the district judge,

4    who is in charge of this case, struck it.

5          DR. KALISH:  I know you're not allowed to tell me what

6    to do, even though you could advise me as to what to do --

7          THE COURT:  I'd tell you what to do is to get a

8    lawyer.

9          DR. KALISH:  -- as a lawyer and a nice man, but how

10   would I do that?

11         THE COURT:  Get a lawyer.  I mean, I don't know.  I

12   don't know why he struck it.  I didn't even have a chance to

13   look at it before it was stricken, but there are rules that

14   have to be followed.  I think the particular rule is Federal

15   Rule of Civil Procedure 24(c).

16         Take a look at that.  But, again, just like you would

17   probably tell me if I've got something I need to remove from my

18   back, I could look on WebMD and grab a kitchen knife and try to

19   do it, but it wouldn't be a good idea for me to do it.  You

20   should talk to a lawyer and follow the rules, okay?

21         DR. KALISH:  Thank you, Your Honor.

22         THE COURT:  All right.  And with respect to what you

23   wanted me to read, it's not before me right now, so it wouldn't

24   be appropriate for me to read it.  I'm sure at some point maybe

25   down the line either I or Judge Dimitrouleas may be interested

1    in seeing that, but right now it's not before me, so I'm not

2    going to -- I'm going to ask you not to not present that.

3           DR. KALISH:  Okay.

4           THE COURT:  All right.  So we're going to do the order

5    or R&R that I just talked about.  Anything else that has to

6    come before the Court today, Mr. Zeher?

7           MR. ZEHER:  Judge, just on the motion for protective

8    order, I know Your Honor denied it.  The only thing that I

9    would like to make clear for the record is that the bank and/or

10   law firm are under no duty to respond to any email from

11   Ms. Morron at this point.

12          THE COURT:  Yeah, first of all, with respect to any

13   motion, you're under no duty to respond to any of those things.

14   Those will be stricken.

15          MR. ZEHER:  Thank you.

16          THE COURT:  She's not allowed to file anything.  And

17   with respect to any email, any email should be through counsel

18   or directly to Dr. Kalish.  So, no, you're not under any

19   responsibility to respond to any email from Ms. Morron.

20          DR. KALISH:  Could I ask you one question, Your Honor?

21   I'm sorry for being so ignorant.  But if this boat was seized

22   without an appropriate warrant, taken from me months ago, and

23   then just recently within two days in front of my whole --

24   patients in the office, I was served, is it not so that this

25   initial seizure is not legal, they didn't present the proper

1    papers to seize the boat, and now the boat on my expense is put

2    back to the United States to be poured -- put in their jail

3    where they can watch it and see what they can do with it?  Do I

4    have any correctness in that thought process?

5              THE COURT:  The answer to that is maybe.  And what

6    we're doing now is just preserving the status quo so that

7    nothing happens bad to the boat, that the boat is here, both

8    sides have the boat preserved.  And if you want to raise that

9    in a proper motion, we'll hear that at the proper time.  You

10   might be right.  I don't know the answer to that.  And a lawyer

11   can help you with that.  So we'll address that at the

12   appropriate time when it's raised in the appropriate manner.

13             DR. KALISH:  You don't want me to read these things I

14   wrote?

15             THE COURT:  A folder full of Post-its?  Absolutely

16   not.  I mean, I think that we're at the conclusion of the

17   hearing.  Is it something that is going to change my mind?

18             MS. MORRON:  Yes, he came here from Atlanta,

19   Your Honor.  I'm sorry to -- to say anything, but it was

20   important to him that he be heard, that he have his chance to

21   be heard before.

22             THE COURT:  He's been heard, but I don't need to hear

23   your life's story.  We've addressed the motions and the issues

24   that have to be addressed.  And with respect to the thing that

25   I think is probably most important to you is probably the last

```
 1    thing you said is you think you've been wronged, you want to be

 2    heard.  You might be right.  And you're in the right place.

 3    You are just doing it the wrong way.  I strongly recommend that

 4    you get a lawyer and that your lawyer can advise you.  You may

 5    be right about the way they brought the boat here, you may be

 6    wrong about it, I don't know that answer.  I might ultimately

 7    have to decide that, but I would like to decide that with

 8    lawyers on both sides to tell me what the law is.  So get

 9    yourself a lawyer and, you know, bring your -- bring your

10    position to the Court in the appropriate manner.  Okay?

11         DR. KALISH:  This is not a smart question, but how do

12    I find -- like, if I was looking for the best reconstructive

13    foot surgeon in the world, I could find -- if I'm looking for

14    the best maritime lawyer to deal with what you say is a very

15    complicated and difficult form of law, where do I find him?  It

16    seems like I haven't been able to get any help from any lawyers

17    in trying to get lawyers to represent me.  For many reasons,

18    one of which you said is false, that they did have the right to

19    come here into the United States and defend me, and they were

20    told they don't have the right.

21         THE COURT:  If they're members of the bar of the

22    Virgin Islands, they might be able to practice here, but they

23    have to get local counsel to essentially sponsor them here.

24    It's called pro hac vice.  I didn't mean to suggest that

25    admiralty is the most complicated field of law, but it's a
```

1    specialty, so not everybody -- I mean, if you want to get a

2    will done, there are lawyers everywhere that could help you do

3    a will.  If you're looking for a criminal lawyer, lots of them

4    are out there.  Admiralty is sort of a specialized bar.

5            Ms. Zeher, is there a referral service that he could

6    go to?  Does the Broward County Bar do that?  Does the Federal

7    Bar do that?  I don't know the answer to that either.  Do you

8    know?

9            MR. ZEHER:  The Federal Bar has a referral service,

10   American Bar Association.  The counsel that they're referring

11   to in the Virgin Islands, those are lawyers -- we've used them

12   in the past in the Virgin Islands with arrests and stuff along

13   those lines.  They probably have recommendations for lawyers in

14   South Florida.

15           THE COURT:  Okay.  So there are -- I would venture to

16   say that the admiralty bar down here is among the best in the

17   country because of where we're situated.  We do a lot of

18   admiralty down here.  I wouldn't recommend you go to Iowa to

19   find an admiralty lawyer, although I'm sure they have some.

20   But that is a good suggestion.  Either go to the Federal Bar or

21   to The Florida Bar and let them know that you're looking for a

22   recommendation about lawyers who specialize in federal court in

23   admiralty.  And that should be a good starting point.

24           But as I said and as Mr. Zeher said, if your lawyers

25   in Virgin Islands, it's kind of a, you know, small, specialized

```
 1  community, and I think it's probably more likely that someone
 2  who does admiralty in Fort Lauderdale will know an admiralty
 3  lawyer in the Virgin Islands than it is that he might know a
 4  criminal lawyer or an estate lawyer in Jacksonville.  So maybe
 5  your lawyers in Virgin Islands can recommend somebody.  Maybe
 6  the lawyer that was on the Zoom call the other day could do it
 7  or recommend somebody, or go to the Federal Bar or the Florida
 8  Bar and look for admiralty recommendations.  I do know we have
 9  an excellent bar here.  I know a lot of lawyers who practiced
10  before me, but I can't give you a recommendation.  So . . .
11          DR. KALISH:  You're not allowed to?
12          THE COURT:  I'm not allowed to, but I strongly
13  recommend you get somebody, but I can't tell you who.  But the
14  Florida Bar and the Federal Bar is the place to start.
15          DR. KALISH:  And, again, the only thing you can lead
16  me to is to a generalist of admiralty lawyers rather than give
17  me one that's at the tops.
18          THE COURT:  Yes, and for better or for worse like in
19  any other field, you could probably just Google things and look
20  for Yelp reviews and things like that.  There may be people who
21  get great recommendations online.  I caution you that like with
22  other things that you look up online and in Google, there are
23  people who can pump up their own reputation by simply, you
24  know, getting on the system on Google or Yelp or something like
25  that.  I wouldn't really rely on that.  My recommendation is go
```

1   to someone reputable like the Florida Bar Association.  And if

2   they can't send you directly to a lawyer, they can direct you

3   to another site.  But I do know that there are good admiralty

4   lawyers who I see at Federal Bar Association luncheons.  The

5   Federal Bar Association will at least point you in the right

6   direction.  And then like you would do with a doctor, interview

7   people, see who you like.

8           MR. ZEHER:  As well, Judge, Martindale-Hubbell.

9   There's a place to go look, and Chambers.

10          DR. KALISH:  Thank you, Your Honor, but I think the

11  bottom line here is I know -- there's only two things I know in

12  this world in my almost 80 years of life, that there is a God,

13  and I'm not him.  That's the only thing I can guarantee to you.

14  But I do know in my heart that there's some very, very unfair

15  issues that have occurred here against me.  And whether I have

16  the money or the funds to find a man of your quality to defend

17  me, I will try.

18          THE COURT:  Please do that.  There are a lot of people

19  who have devoted their lives and careers in helping people like

20  you, so go find one.

21          DR. KALISH:  Thank you.  I hope you're right.

22          THE COURT:  All right.  Anything else you need to add

23  with respect specifically to the protective order?  Would my

24  suggestion cover that with the admonition that I have given to

25  Ms. Morron?

1          MR. ZEHER:  As long as in your denial, it's in there,

2    that's fine.

3          THE COURT:  Yes.

4          MR. ZEHER:  Thank you.

5          THE COURT:  And, again, it's denied without prejudice.

6          MR. ZEHER:  Absolutely.

7          THE COURT:  And if any of these issues come back up,

8    you can file things and ask for the appropriate relief, but

9    hopefully now we've cleared the air on a lot of things,

10   hopefully you can get counsel, hopefully things can proceed in

11   a more normal manner, and this doesn't seem like the kind of

12   case that's going to be impossible to work out.  So hopefully

13   you can manage that.  If not, Judge Dimitrouleas or I or a jury

14   will decide.

15         All right.  Court's in recess, thank you.  Thank you

16   for coming, Doctor.

17         MR. ZEHER:  Thank you, Judge.  Have a good weekend.

18         (Recording ended.)

19

20

21

22

23

24

25

1

2                          C E R T I F I C A T E

3

4        I hereby certify that the foregoing is an accurate

5    transcription to the best of my ability of the digital audio

6    recording in the above-entitled matter.

7

8    June 16, 2025              /s/ Gina Rodriguez
                                Gina Rodrdiguez, RPR, CRR, CRC
9                               Federal Official Court Reporter
                                299 East Broward Boulevard
10                              Fort Lauderdale, Florida 33301
                                gina_rodriguez@flsd.uscourts.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DR. KALISH: [39]**
**MR. ZEHER: [21]**  3/10 5/22 5/24 7/5 7/8 7/10 8/14 8/16 10/11 12/19 13/18 20/3 20/21 24/7 24/15 27/9 29/8 30/1 30/4 30/6 30/17
**MS. MORRON: [13]**  3/13 4/2 4/19 4/25 5/3 5/8 9/14 15/3 21/10 21/17 21/21 21/25 25/18
**MS. PULITZER: [1]**  3/11
**THE COURT: [64]**
**THE DEPUTY CLERK: [1]**  3/2

**/**

**/s [1]**  31/8

**0**

**0:25-CV-61018 [1]**  1/3

**1**

**1400 [1]**  2/3
**1441 [1]**  2/3
**16 [1]**  31/8

**2**

**2025 [2]**  1/5 31/8
**24 [1]**  23/15
**25-61018 [1]**  3/2
**25-61033-CIV-DIMITROULEAS/HUNT [1]**  1/13
**25-CV-61033-Dimitrouleas/Hunt [1]**  3/6
**299 [2]**  2/8 31/9

**3**

**33131 [1]**  2/3
**33301 [2]**  2/9 31/10
**39 [1]**  1/11

**4**

**42 years [1]**  18/12

**6**

**61018 [2]**  1/3 3/2

**8**

**80 [1]**  29/12

**A**

**ability [1]**  31/5
**able [11]**  4/17 5/6 8/5 12/14 12/15 12/17 17/14 22/20 23/1 26/16 26/22
**about [24]**  1/7 3/3 4/13 6/5 6/17 7/21 8/12 8/22 9/5 9/10 9/12 9/20 9/22 10/3 11/5 16/2 16/9 17/25 18/16 19/13 24/5 26/5 26/6 27/22
**above [2]**  11/17 31/6
**above-entitled [1]**  31/6
**Absolutely [2]**  25/15 30/6
**acceptable [2]**  8/13 10/10
**accessible [1]**  12/5
**accomplished [1]**  18/20
**accomplishing [1]**  12/8
**accurate [2]**  19/23 31/4
**accuse [1]**  18/17
**action [1]**  14/8
**actually [1]**  6/24
**add [3]**  12/3 21/17 29/22

**additional [1]**  12/3
**address [7]**  3/25 8/6 9/20 9/22 6/1 12/12 25/11
**addressed [3]**  7/6 25/23 25/24
**admiralty [17]**  1/2 15/20 15/23 15/25 17/19 18/6 26/25 27/4 27/16 27/18 27/19 27/23 28/2 28/22 28/8 28/16 29/3
**admonition [1]**  29/24
**advice [2]**  19/7 20/22
**advise [3]**  16/3 23/6 26/4
**advised [1]**  20/25
**afford [2]**  4/22 4/23
**after [2]**  7/11 13/10
**again [9]**  5/9 14/13 15/15 17/18 18/22 20/8 23/16 28/15 30/5
**against [2]**  13/7 29/15
**ago [1]**  24/22
**agree [4]**  7/23 17/12 17/13 18/10
**agreement [1]**  18/13
**AI [5]**  15/8 16/6 16/16 20/12 20/14
**AI-generated [1]**  16/6
**aids [1]**  9/17
**air [1]**  30/9
**all [32]**
**allegation [3]**  5/17 15/6 19/19
**allegations [2]**  7/21 8/8
**alleged [1]**  17/12
**ALLEN [1]**  2/2
**allow [1]**  12/10
**allowed [4]**  23/5 24/16 28/11 28/12
**allows [1]**  17/3
**almost [1]**  29/12
**along [2]**  8/25 27/12
**already [5]**  6/7 7/7 7/9 12/3 20/24
**also [4]**  2/7 3/5 20/19 21/17
**alternative [1]**  14/16
**although [2]**  7/20 27/19
**am [6]**  4/13 17/1 18/12 19/3 19/5 19/6
**American [1]**  27/10
**among [1]**  27/16
**amount [2]**  9/1 17/10
**announce [1]**  3/8
**another [2]**  5/25 29/3
**answer [4]**  25/5 25/10 26/6 27/7
**answered [1]**  6/8
**anticipated [1]**  10/25
**any [29]**  4/10 6/8 6/16 6/20 7/23 8/11 8/20 9/10 9/22 11/15 11/20 14/11 14/23 15/17 15/18 16/11 21/7 24/10 24/12 24/13 24/17 24/18 24/19 24/12 26/16 26/18 30/7
**anybody [1]**  10/6
**anymore [1]**  21/1
**anyone [2]**  12/4 20/14
**anything [28]**  6/4 6/15 6/20 7/13 7/25 8/7 8/18 8/20 8/25 9/7 9/11 9/20 10/2 10/8 11/3 12/5 14/12 16/9 16/12 16/13 16/21 18/7 21/15 23/1 24/5 24/16 25/19 29/22
**anywhere [1]**  13/25
**apologize [2]**  3/16 3/18
**apparel [1]**  1/8
**apparently [1]**  9/16
**appear [1]**  16/6
**appearance [1]**  3/8
**APPEARANCES [1]**  2/1
**appeared [1]**  15/24
**apply [1]**  8/3

**appoint [1]**  7/3
**appointed [1]**  12/2
**appointment [1]**  13/16
**appreciate [1]**  17/15
**appropriate [9]**  11/19 12/12 19/12 23/24 24/22 25/12 25/12 26/10 30/8
**approve [1]**  9/12
**approved [1]**  12/3
**approving [1]**  10/9
**appurtenance [2]**  8/21 10/5
**appurtenances [3]**  1/9 8/19 9/5
**are [29]**  4/6 5/20 6/24 7/3 9/17 9/17 11/7 11/8 11/23 13/13 15/7 15/8 15/11 16/5 17/16 18/15 18/24 19/8 20/12 23/13 24/10 26/3 27/2 27/4 27/11 27/15 28/22 29/3 29/18
**arguably [1]**  11/19
**argument [1]**  16/11
**around [2]**  17/8 17/10
**arrest [3]**  6/25 7/3 7/16
**arrested [1]**  12/1
**arresting [1]**  7/24
**arrests [1]**  27/12
**artificial [1]**  20/9
**as [33]**
**ask [8]**  10/11 10/17 18/6 18/19 18/21 24/2 24/20 30/8
**asked [1]**  7/20
**asking [2]**  17/8 21/1
**Association [4]**  27/10 29/1 29/4 29/5
**at [23]**  4/3 6/3 6/12 6/13 6/15 10/14 12/9 12/12 14/22 15/23 18/9 18/12 21/3 23/13 23/16 23/24 24/11 25/9 25/11 25/16 28/17 29/4 29/5
**Atlanta [1]**  25/18
**attorney [1]**  16/3
**attorneys [1]**  19/20
**auction [1]**  9/2
**audio [2]**  1/20 31/5
**Avenue [1]**  2/3
**away [2]**  10/2 13/10

**B**

**back [5]**  6/8 21/6 23/18 25/2 30/7
**backed [1]**  7/13
**bad [3]**  4/15 12/24 25/7
**bank [21]**  1/4 1/17 2/2 3/3 3/7 3/10 3/11 5/16 6/7 8/17 8/23 8/25 11/11 12/19 14/21 17/7 17/8 17/10 20/20 21/1 24/9 bar [18]  20/4 26/21 27/4 27/6 27/7 27/9 27/10 27/16 27/20 27/21 28/7 28/8 28/9 28/14 28/14 29/1 29/4 29/5
**based [1]**  6/21
**basically [2]**  9/8 12/10
**basis [1]**  6/21
**be [69]**
**because [12]**  4/21 4/23 8/18 10/13 13/1 15/16 16/4 17/7 21/13 22/11 22/12 27/17
**been [26]**  5/17 6/2 6/7 7/22 8/8 12/3 12/11 13/11 13/6 14/7 14/20 15/6 15/6 15/10 16/5 17/6 17/7 18/7 18/12 19/19 20/24 21/13 22/7 25/22 26/1 26/16
**before [8]**  1/21 23/13 23/23 24/1 24/6 25/21 28/10
**beginning [1]**  12/9
**behalf [1]**  21/11
**behind [1]**  13/18

**B**

**being [11]**  6/6 11/18 12/7 13/9 14/5 14/14 14/14 15/7 15/8 18/18 24/21
**believe [4]**  5/24 10/18 11/13 13/10
**belong [2]**  11/8 11/12
**belongs [2]**  10/1 11/18
**best [4]**  26/12 26/14 27/16 31/5
**better [1]**  28/18
**beyond [1]**  3/17
**biased [1]**  14/19
**bit [2]**  8/23 10/11
**board [1]**  11/17
**boat [41]**
**boat's [1]**  13/21
**boats [1]**  1/8
**bond [9]**  7/7 7/9 7/17 7/19 12/2 12/2 12/14 14/11 14/12
**bond's [1]**  7/8
**both [11]**  7/20 7/21 8/3 8/10 8/13 12/8 12/16 15/8 17/8 25/7 26/8
**bottom [1]**  29/11
**Boulevard [2]**  2/8 31/9
**brag [1]**  18/13
**Brickell [1]**  2/3
**briefly [1]**  15/24
**bring [2]**  26/9 26/9
**bringing [1]**  19/21
**British [1]**  20/1
**broker [1]**  14/21
**brokers [1]**  13/2
**brought [1]**  26/5
**Broward [2]**  2/8 27/6 31/9
**Broward County [1]**  27/6
**bunch [1]**  14/21
**but [63]**

**C**

**call [1]**  28/6
**called [2]**  5/24 26/24
**calling [3]**  3/2 3/5 5/14
**came [2]**  22/13 25/18
**can [31]**  5/22 7/24 9/11 11/5 11/5 11/17 12/6 12/12 12/16 13/7 14/16 14/16 17/20 18/7 19/14 19/25 20/18 22/2 25/3 25/3 25/11 26/4 28/5 28/15 28/23 29/2 29/13 30/8 30/10 30/10 30/13
**can't [12]**  4/21 4/23 9/15 10/1 16/15 16/16 19/7 21/15 22/18 28/10 28/13 29/2
**cannot [1]**  21/5
**care [1]**  14/12
**careers [1]**  29/19
**careful [1]**  15/10
**case [23]**  1/3 1/13 3/2 3/5 4/8 4/15 4/17 5/15 5/19 5/20 6/2 7/12 7/13 7/18 11/20 12/9 12/10 20/11 21/14 21/16 23/1 23/4 30/12
**cases [2]**  7/14 12/13
**caused [1]**  14/11
**caution [2]**  21/4 28/21
**caveat [1]**  8/14
**cement [1]**  13/7
**certain [1]**  8/8
**certainly [1]**  22/15
**certify [1]**  31/4
**cetera [2]**  9/5 21/6
**Chambers [1]**  29/9
**chance [2]**  23/12 25/20

**change [1]**  25/17
**charge [1]**  23/24
**checking [1]**  20/12
**choice [1]**  19/17
**citizen [1]**  13/13
**CIV [1]**  1/13
**civil [3]**  18/5 22/19 23/15
**clear [3]**  4/5 9/8 24/9
**cleared [1]**  30/9
**client [1]**  19/3
**close [1]**  13/2
**clothing [2]**  8/16 9/25
**colleague [1]**  20/11
**collusion [1]**  13/10
**come [5]**  8/24 12/22 24/6 26/19 30/7
**coming [1]**  30/16
**comment [1]**  22/2
**commercial [1]**  13/7
**communicating [1]**  21/8
**community [1]**  28/1
**company [1]**  10/15
**complaint [3]**  5/19 6/13 9/3
**complicated [5]**  15/20 15/21 17/5 26/15 26/25
**comply [1]**  18/4
**compromised [1]**  5/20
**concern [1]**  13/5
**concerned [1]**  13/4
**concerns [1]**  10/16
**conclusion [1]**  25/16
**condition [1]**  12/4
**confident [1]**  8/6
**conform [1]**  19/11
**consider [2]**  15/2 19/12
**considered [2]**  8/19 8/21
**consolidated [1]**  7/14
**control [1]**  3/17
**correct [1]**  17/13
**correctness [1]**  25/4
**could [15]**  7/18 8/23 14/23 15/12 15/13 18/11 20/6 23/6 23/18 24/20 26/13 27/2 27/5 28/6 28/19
**couldn't [2]**  9/14 9/14
**counsel [11]**  3/8 6/21 9/15 9/24 19/25 20/6 21/6 24/17 26/23 27/10 30/10
**country [3]**  17/2 18/15 27/17
**County [1]**  27/6
**couple [1]**  3/19
**course [1]**  16/24
**court [8]**  1/1 10/17 10/19 15/11 24/6 26/10 27/22 31/9
**Court's [1]**  30/15
**cover [1]**  29/24
**covers [1]**  16/20
**CRC [2]**  2/8 31/8
**criminal [4]**  3/16 15/13 27/3 28/4
**CRR [2]**  2/8 31/8
**custodian [11]**  7/4 7/16 8/2 10/7 10/21 10/23 12/2 13/16 14/16 14/19 15/2
**custodian's [1]**  13/18
**custodians [1]**  10/15
**CV [3]**  1/3 3/6 18/11

**D**

**damage [2]**  13/7 14/11
**damaged [3]**  13/1 14/7 14/15
**danger [1]**  12/25
**DANIELLE [1]**  2/7

**day [2]**  20/9 28/6
**days [1]**  24/23
**deal [2]**  14/20 26/14
**decide [6]**  3/20 11/24 19/13 26/7 26/7 30/14
**deciding [2]**  10/3 10/4
**defend [3]**  17/3 26/19 29/16
**Defendant [2]**  1/18 5/16
**defendants [2]**  1/11 5/15
**deficiency [1]**  8/24
**definitely [2]**  17/23 22/11
**delay [2]**  3/16 3/18
**denial [1]**  30/1
**denied [7]**  13/3 21/15 21/19 21/23 22/16 24/8 30/5
**deny [4]**  6/22 16/8 19/9 21/3
**denying [1]**  20/23
**devoted [1]**  29/19
**did [2]**  6/12 15/3 26/18
**didn't [8]**  6/15 14/4 21/11 22/21 23/3 23/12 24/25 26/24
**difference [1]**  17/11
**different [4]**  6/2 13/17 14/19 19/5
**difficult [3]**  15/17 15/19 26/15
**digital [2]**  1/20 31/5
**DIMITROULEAS [13]**  1/3 1/13 3/3 3/6 4/9 7/6 7/12 20/24 21/13 21/20 22/17 23/25 30/13
**DIMITROULEAS/HUNT [2]**  1/3 3/3
**direct [1]**  29/2
**direction [1]**  29/6
**directly [2]**  24/18 29/2
**disagree [1]**  22/7
**discuss [2]**  5/11 7/1
**disqualification [2]**  6/11 6/21
**distinction [1]**  9/24
**district [3]**  1/1 1/1 23/3
**do [57]**
**docket [1]**  3/17
**doctor [7]**  17/21 18/23 18/24 18/25 19/1 29/6 30/16
**documents [2]**  6/1 20/13
**does [3]**  27/6 27/6 28/2
**doesn't [5]**  6/19 9/12 30/11
**doing [6]**  7/13 7/22 8/6 16/15 25/6 26/3
**dollars [2]**  8/22 22/9
**don't [37]**
**done [4]**  12/7 15/8 18/14 27/2
**down [5]**  8/23 8/24 23/25 27/16 27/18
**dozen [1]**  4/13
**Dr [1]**  12/20
**Dr. [21]**  3/21 4/4 4/6 4/12 5/12 5/13 5/17 6/16 7/2 7/12 7/15 8/4 8/17 9/6 9/13 11/2 15/15 21/5 21/9 21/11 24/18
**Dr. Kalish [20]**  3/21 4/4 4/6 4/12 5/13 5/17 6/16 7/2 7/12 7/15 8/4 8/17 9/6 9/13 11/2 15/15 21/5 21/9 21/11 24/18
**Dr. Morron [1]**  5/12
**duty [3]**  3/16 24/10 24/13

**E**

**East [2]**  2/8 31/9
**either [7]**  9/9 10/20 11/25 21/22 23/25 27/7 27/20
**else [7]**  8/18 14/12 16/21 20/14 20/16 24/5 29/22
**email [6]**  6/1 6/5 6/6 24/10 24/17 24/17 24/19

## E

emails [2] 6/8 21/6
encourage [1] 4/16
end [1] 8/23
ended [1] 30/18
engage [1] 11/11
engaged [1] 19/20
engines [1] 1/7
enough [2] 3/22 10/24
enter [1] 7/24
entitled [1] 31/6
equipment [2] 1/8 9/4
escorted [1] 10/20
ESQUIRE [2] 2/4 2/4
essentially [1] 26/23
estate [1] 28/4
et [2] 9/5 21/6
et cetera [2] 9/5 21/6
etc [1] 1/9
ethical [3] 5/14 5/18 15/12
ethically [1] 5/19
even [9] 6/10 6/12 6/15 11/19 13/2
 15/20 15/21 23/6 23/12
every [4] 4/25 10/3 10/12 10/14
everybody [2] 12/18 27/1
everyone [2] 11/4 11/11
everything [5] 5/2 11/16 11/18 20/23
 20/25
everywhere [1] 27/2
excellent [1] 28/9
expense [1] 25/1
expensive [1] 9/17
expression [1] 19/2
extent [1] 6/9

## F

fact [3] 13/6 14/1 15/22
facts [2] 17/4 17/5
fair [3] 10/24 13/13 14/8
false [1] 26/18
far [1] 13/4
federal [14] 15/11 15/17 15/19 15/20
 23/14 27/6 27/9 27/20 27/22 28/7 28/14
 29/4 29/5 31/9
feel [2] 16/2 17/25
fenders [1] 13/19
field [4] 15/21 18/21 26/25 28/19
file [10] 11/3 11/16 12/5 15/1 19/11
 19/14 21/15 23/1 24/16 30/8
filed [18] 4/8 5/12 6/2 6/13 6/14 7/1 7/12
 10/17 15/6 15/9 16/5 19/20 20/24 20/25
 21/10 21/12 21/14 21/17
filing [2] 15/11 21/7
find [6] 26/12 26/13 26/15 27/19 29/16
 29/20
fine [6] 4/5 9/21 11/6 11/6 12/19 30/2
firm [5] 5/25 6/3 6/4 6/14 24/10
first [7] 3/15 3/20 3/21 3/25 4/12 5/11
 24/12
fix [1] 22/10
FLORIDA [10] 1/1 1/4 2/3 2/9 27/14
 27/21 28/7 28/14 29/7 31/10
flsd.uscourts.gov [2] 2/9 31/10
folder [1] 25/15
follow [4] 17/17 19/15 23/3 23/20
followed [2] 22/18 23/14
following [1] 3/1
fool [3] 18/25 19/1 19/3

foot [1] 26/13
force [1] 9/7
foregoing [1] 31/4
form [1] 26/15
Fort [1] 1/4 2/9 28/2 31/10
Fort Lauderdale [1] 28/2
forward [4] 12/11 12/17 16/18 19/1
four [1] 22/8
four years [1] 22/8
freights [1] 9/4
front [1] 24/23
full [1] 15/15
fundamental [1] 9/9
fundamentally [1] 12/16
funds [1] 29/16
furniture [6] 1/8 8/19 8/25 9/4 9/7 10/2
further [1] 7/13

## G

general [1] 17/17
generalist [1] 28/16
generally [1] 12/13
generated [1] 16/6
get [32]
getting [2] 9/22 28/24
ghostwriting [3] 16/16 16/17 21/7
gina [2] 2/8 2/9 31/8 31/8 31/10
give [4] 18/11 18/19 28/10 28/16
given [3] 20/22 20/22 29/24
go [21] 9/1 9/9 10/1 10/12 10/14 11/2
 11/15 12/4 12/11 12/17 13/25 16/18
 17/19 19/10 27/6 27/18 27/20 28/7
 28/25 29/9 29/20
God [1] 29/12
goes [1] 9/19
going [27] 4/12 4/13 4/17 5/5 5/15 8/11
 9/6 9/9 10/6 10/15 11/4 13/12 13/14
 13/17 16/7 16/7 18/4 18/18 18/21 19/9
 20/7 21/2 24/2 24/4 25/17 30/12
good [10] 3/23 17/9 18/12 18/23 19/6
 23/19 27/20 27/23 29/3 30/17
Google [3] 28/19 28/22 28/24
got [6] 5/25 6/5 6/10 13/18 16/12 23/17
grab [1] 23/18
grant [1] 10/19
great [4] 9/17 14/6 17/1 28/21
Gregory [1] 17/8
group [1] 15/22
guarantee [1] 29/13
guess [4] 5/18 8/2 10/7
guy [1] 15/25

## H

hac [1] 26/24
had [5] 6/2 6/23 13/11 15/23 19/20
happen [1] 11/4
happened [1] 6/20
happens [1] 25/7
hard [2] 3/22 5/14
has [15] 6/14 9/11 10/6 10/7 13/1 14/7
 14/20 18/6 19/3 20/24 22/8 22/8 22/12
 24/5 27/9
have [54]
haven't [3] 22/7 22/18 26/16
having [1] 5/14
he [16] 7/7 9/14 9/14 15/3 19/4 19/4
 19/5 21/15 21/23 21/23 23/12 25/18
 25/20 25/20 27/5 28/3

he's [4] 5/5 7/9 9/15 25/22
hear [6] 9/14 9/15 12/24 16/1 25/9
 25/22
heard [5] 12/16 25/20 25/21 25/22 26/2
hearing [7] 1/20 3/22 4/3 4/4 9/16 15/23
 25/17
heart [1] 29/14
held [1] 3/1
help [8] 4/14 15/16 16/3 16/18 18/2
 25/11 26/16 27/2
helping [2] 16/1 29/19
her [2] 1/7 6/9
here [27] 4/4 4/11 5/2 5/20 6/24 8/24
 13/12 16/2 18/12 19/2 19/2 19/21 19/24
 19/25 20/6 20/6 20/16 25/7 25/18 26/5
 26/19 26/22 26/23 27/16 27/18 28/9
 29/11 29/15
hereby [1] 31/4
highly [1] 11/8
him [7] 5/2 5/6 21/5 22/18 25/20 26/15
 29/13
himself [3] 18/25 19/3 19/5
hire [3] 4/14 15/25 16/18
his [4] 5/5 5/6 22/17 25/20
Hold [1] 20/19
Honor [15] 4/24 5/22 7/5 7/10 13/8
 14/24 17/14 18/10 19/18 22/15 23/21
 24/8 24/20 25/19 29/10
HONORABLE [1] 1/21
hope [1] 29/21
hopefully [4] 30/9 30/10 30/10 30/12
how [6] 3/20 4/1 12/22 18/23 23/9 26/11
Hubbell [1] 29/8
hundreds [1] 22/9
HUNT [5] 1/3 1/13 1/21 3/3 3/6
HUNTINGTON [8] 1/4 1/17 2/2 3/3 3/7
 3/10 3/11 6/3

## I

I'd [1] 23/7
I'll [2] 3/23 10/25
I'll put [1] 10/25
I'm [44]
I've [4] 12/25 13/9 23/17
idea [3] 4/15 22/14 23/19
if [47]
if any [1] 30/7
ignorant [1] 24/21
immediate [1] 6/6
important [2] 25/20 25/25
impossible [1] 30/12
in [92]
in fact [1] 15/22
inappropriate [3] 6/20 12/7 15/9
includes [3] 9/4 11/9 21/5
including [1] 22/19
individuals [1] 10/16
initial [1] 24/25
initially [1] 7/6
inquired [1] 6/6
inquiry [1] 6/5
inside [1] 8/20
insist [1] 16/14
instead [1] 10/12
insulting [1] 11/8
insurance [2] 10/15 13/20
intelligence [1] 20/9
intention [5] 6/22 8/2 10/6 11/23 13/16

**I**

**interest [3]** 7/18 14/6 14/22
**interested [7]** 21/18 22/11 22/11 22/14
22/20 23/1 23/25
**intervene [2]** 4/8 21/15
**interview [1]** 29/6
**into [6]** 3/19 7/23 10/3 10/25 22/9 26/19
**involved [4]** 14/20 16/1 18/1 22/13
**Iowa [1]** 27/18
**ipsa [1]** 17/4
**is [101]**
**Islands [11]** 19/21 19/24 20/1 20/2 20/5
26/22 27/11 27/12 27/25 28/3 28/5
**issue [1]** 5/11
**issues [3]** 25/23 29/15 30/7
**it [92]**
**it's [22]** 4/15 11/4 12/14 13/6 13/9 13/24
14/1 14/14 14/14 14/14 16/13 20/18 21/7
23/23 24/1 25/12 26/24 26/25 27/25
28/1 30/1 30/5
**items [8]** 8/4 8/8 8/16 10/13 10/20 11/7
11/12 11/15
**its [2]** 13/1 25/15

**J**

**Jacksonville [1]** 28/4
**jail [1]** 25/2
**Jessica [1]** 3/11
**JESSIE [1]** 2/4
**jewelry [1]** 9/25
**judge [17]** 1/21 4/9 7/6 7/12 8/14 13/19
14/4 20/24 21/13 21/20 22/17 23/3
23/25 24/7 29/8 30/13 30/17
**Judge Dimitrouleas [8]** 4/9 7/6 7/12
20/24 21/13 22/17 23/25 30/13
**June [2]** 1/5 31/8
**jurisdiction [1]** 15/20
**jury [1]** 30/13
**just [18]** 12/16 13/22 14/21 16/22 18/8
18/21 18/22 18/22 20/5 20/7 20/22
23/16 24/5 24/7 24/23 25/6 26/3 28/19

**K**

**KALISH [29]** 1/10 1/14 2/5 3/6 3/14
3/21 4/4 4/6 4/12 5/5 5/13 5/17 6/3 6/16
6/7 7/12 7/15 8/4 8/17 9/6 9/13 11/2
12/20 15/15 15/15 21/5 21/9 21/11
24/18
**keep [1]** 14/8
**kind [4]** 7/20 11/11 27/25 30/11
**kitchen [1]** 23/18
**knife [1]** 23/18
**know [42]**
**knowing [1]** 9/20
**knowingly [1]** 18/17
**knows [1]** 11/4

**L**

**last [5]** 4/3 6/23 9/18 15/23 25/25
**later [1]** 14/13
**Lauderdale [4]** 1/4 2/9 28/2 31/10
**launch [1]** 3/19
**law [9]** 2/2 5/25 6/14 17/6 18/7 24/10
26/8 26/15 26/25
**lawyer [52]**
**lawyers [14]** 15/22 20/12 26/8 26/16
26/17 27/2 27/11 27/13 27/22 27/24
28/5 28/9 28/16 29/4

**lead [1]** 28/15
**least [2]** 17/10 22/5
**legal [3]** 15/18 20/13 24/25
**lenient [1]** 17/18
**let [8]** 3/15 3/23 5/10 9/18 15/15 18/13
20/8 27/21
**let's [1]** 3/19
**level [1]** 8/1
**licensed [1]** 19/23
**lie [1]** 13/4
**liens [1]** 11/20
**life [2]** 13/9 29/12
**life's [1]** 25/23
**like [29]** 6/12 6/20 8/17 8/21 9/7 10/18
13/6 14/15 14/17 14/18 16/13 16/22
18/7 18/16 18/22 23/16 24/9 26/7 26/12
26/16 28/18 28/20 28/21 28/24 29/1
29/6 29/7 29/19 30/11
**likely [1]** 28/1
**likewise [1]** 8/7
**line [2]** 23/25 29/11
**lines [2]** 8/25 27/13
**liquidator [1]** 17/9
**list [1]** 10/13
**litigation [3]** 15/17 15/19 15/19
**little [2]** 8/23 10/11
**live [1]** 17/2
**lived [1]** 13/9
**lives [1]** 29/19
**loan [1]** 8/22
**local [7]** 18/4 18/5 19/25 20/5 20/5
22/19 26/23
**location [3]** 7/17 13/17 13/21
**long [2]** 13/25 30/1
**look [10]** 6/12 6/13 10/14 23/13 23/16
23/18 28/8 28/19 28/22 29/9
**looked [2]** 6/3 6/15
**looking [4]** 26/12 26/13 27/3 27/21
**looks [1]** 8/21
**loquitur [1]** 17/4
**lot [13]** 5/10 13/12 15/7 16/1 16/5 16/5
18/1 18/6 22/12 27/17 28/9 29/18 30/9
**lots [1]** 27/3
**loud [1]** 3/2
**loves [1]** 22/12
**low [1]** 14/22
**luncheons [1]** 29/4

**M**

**M/Y [2]** 1/7 3/3
**machinery [1]** 1/7
**MAGISTRATE [1]** 1/21
**major [1]** 13/1
**make [13]** 4/5 8/2 9/8 11/17 12/7 14/12
14/23 16/11 17/9 19/11 19/14 22/2 24/9
**makes [3]** 15/19 15/19 15/20
**making [3]** 9/24 12/13 14/6
**man [5]** 18/20 18/20 19/2 23/9 29/16
**manage [1]** 30/13
**manner [3]** 25/12 26/10 30/11
**many [1]** 26/17
**maritime [2]** 17/6 26/14
**marshal [1]** 10/21
**Martindale [1]** 29/8
**Martindale-Hubbell [1]** 29/8
**match [1]** 13/12
**matter [4]** 12/17 15/18 18/23 31/6
**matters [1]** 11/22

**may [11]** 3/22 5/19 8/24 17/5 20/9 22/20
23/2 23/25 28/4 28/5 28/20
**maybe [8]** 8/22 10/12 14/15 14/16
23/24 25/5 28/4 28/5
**me [42]**
**mean [8]** 6/19 9/3 9/25 13/23 23/11
25/16 26/24 27/1
**meaning [1]** 19/9
**means [1]** 16/9
**members [2]** 20/4 26/21
**MERI [2]** 1/7 3/4
**Miami [1]** 2/3
**might [7]** 9/23 9/24 25/10 26/2 26/6
26/22 28/3
**million [1]** 8/22
**mind [1]** 25/17
**mine [1]** 20/11
**minute [1]** 7/2
**money [6]** 14/6 14/23 16/1 17/10 18/1
29/16
**months [1]** 24/22
**more [4]** 4/13 8/23 10/11 15/20 17/17
28/1 30/11
**morning's [1]** 3/17
**MORRON [21]** 2/7 4/1 4/2 4/3 5/1 5/12
5/18 5/24 6/2 6/4 6/10 15/7 15/9 16/16
20/14 20/25 21/1 23/2 24/11 24/19
29/25
**mortgage [2]** 12/17 16/13
**most [6]** 9/1 15/21 22/10 22/14 25/25
26/25
**motion [20]** 4/8 5/12 6/11 6/11 6/22
10/17 11/3 11/16 12/5 15/1 20/19 21/3
21/7 21/10 21/14 21/17 21/24 24/7
24/13 25/9
**motions [10]** 4/9 6/25 7/1 7/2 15/7 16/8
18/3 19/8 19/11 25/23
**move [2]** 12/15 13/17
**moved [1]** 14/14
**moving [1]** 14/11
**Mr. [9]** 5/5 7/4 10/10 13/15 14/17 15/15
19/4 24/6 27/24
**Mr. Kalish [2]** 5/5 15/15
**Mr. Zeher [7]** 7/4 10/10 13/15 14/17
19/4 24/6 27/24
**Ms. [19]** 4/1 4/3 5/1 5/18 5/24 6/2 6/4
6/10 15/7 15/9 16/16 20/14 20/25 21/1
23/2 24/11 24/19 27/5 29/25
**Ms. Morron [18]** 4/1 4/3 5/1 5/18 5/24
6/2 6/4 6/10 15/7 15/9 16/16 20/14
20/25 21/1 23/2 24/11 24/19 29/25
**Ms. Zeher [1]** 27/5
**my [24]** 6/22 7/11 7/19 8/2 10/5 11/23
13/5 13/7 13/8 13/8 13/9 14/2 16/23
17/6 18/11 23/17 24/23 25/1 25/17
25/25 29/12 29/14 29/23 31/5
**myself [6]** 17/23 18/13 19/6 19/16
21/10 21/17

**N**

**name [1]** 3/13
**NATIONAL [3]** 1/4 1/17 3/7
**nature [1]** 16/4
**navigable [1]** 13/24
**necessary [3]** 1/9 9/5 10/21
**need [21]** 4/4 4/14 5/5 5/11 8/5 11/3
15/10 15/16 15/16 15/24 16/10 16/21
18/1 18/4 19/7 20/16 21/6 23/17 25/22

## N

need... [1] 29/22
needed [1] 17/21
needs [2] 9/10 21/9
neither [2] 4/10 21/13
never [6] 6/10 6/15 13/3 17/22 18/7
 18/17
new [2] 7/12 13/19
New River [1] 13/19
nice [1] 23/9
NICHOLAS [1] 2/4
Nick [1] 3/10
no [17] 1/3 1/13 4/19 4/23 6/3 6/4 6/18
 7/20 7/24 9/11 12/14 12/15 13/20 18/23
 24/10 24/13 24/18
nobody [6] 6/7 6/8 6/8 9/19 10/8 15/17
nor [4] 4/10 6/3 6/4 21/14
normal [1] 30/11
not [68]
nothing [5] 6/14 11/9 12/7 13/20 25/7
notice [1] 8/1
now [9] 13/9 13/15 16/10 19/8 23/23
 24/1 25/1 25/6 30/9
Number [2] 3/2 3/5

## O

Obey [2] 14/20 17/8
object [2] 8/17 8/18
obviously [1] 16/2
occurred [1] 29/15
off [10] 7/13 8/5 9/11 10/4 10/8 10/16
 11/3 11/18 12/5 21/6
office [1] 24/24
Official [1] 31/9
Oh [1] 20/16
okay [25] 3/15 4/17 5/2 5/3 5/7 5/8 5/24
 9/13 11/5 11/20 15/5 16/15 16/18 16/20
 16/23 18/10 18/16 19/19 21/12 21/16
 22/1 23/20 24/3 26/10 27/15
on [59]
one [12] 7/20 8/14 9/11 12/14 12/15
 16/22 19/6 19/19 24/20 26/18 28/17
 29/20
ones [1] 21/12
online [2] 28/21 28/22
only [7] 9/23 22/7 22/11 24/8 28/15
 29/11 29/13
onto [5] 7/25 9/9 10/12 11/2 11/15
opened [1] 6/10
operate [1] 17/22
opposing [1] 21/6
or [37]
order [13] 7/24 9/8 9/9 10/25 11/24
 11/25 20/17 20/20 21/2 21/2 24/4 24/8
 29/23
originally [1] 13/2
other [20] 1/9 3/12 7/1 8/1 8/6 8/11 9/10
 9/12 9/20 10/6 10/8 11/22 12/6 12/11
 15/5 19/22 21/8 28/6 28/19 28/22
otherwise [2] 21/8 21/8
ought [1] 18/8
our [6] 3/17 5/24 6/5 6/12 6/14 11/23
out [6] 6/6 14/13 14/17 18/21 27/4
 30/12
over [2] 3/17 19/2
overlapping [1] 16/5
overrule [1] 22/18
owe [1] 16/12

owed [1] 3/22
own [3] 5/5 5/6 28/23

## P

Pages [1] 1/11
paid [1] 22/8
paint [1] 22/10
papers [1] 25/1
part [2] 5/1 10/2
particular [1] 23/14
party [8] 4/7 4/10 7/24 15/12 21/14
 21/18 22/11 22/14
passionately [2] 16/2 17/25
past [1] 27/12
patient [1] 19/1
patients [2] 11/10 24/24
PATRICK [1] 1/21
pay [1] 17/2
pending [1] 19/8
pension [2] 13/8 13/8
people [11] 5/15 7/22 14/6 14/21 14/24
 17/7 28/20 28/23 29/7 29/18 29/19
perhaps [2] 15/7 15/8
permission [4] 10/19 11/3 11/16 12/6
person [4] 11/10 17/3 22/20 23/1
personal [9] 8/4 8/16 9/6 9/23 9/24 10/5
 11/12 11/15 22/12
personam [1] 1/10
physician [1] 17/1
place [14] 7/8 12/24 12/24 12/25 13/2
 13/19 14/8 14/14 14/15 14/19 17/19
 26/2 28/14 29/9
Plaintiff [4] 1/5 1/15 5/16 7/3
Plaintiff's [1] 6/24
plaintiffs [1] 5/15
pleadings [1] 16/4
please [3] 3/8 3/23 29/18
point [8] 13/24 14/10 14/13 18/9 23/24
 24/11 27/23 29/5
pornography [1] 11/11
portion [1] 6/22
position [1] 26/10
possession [1] 10/22
possible [1] 5/13
Post [1] 25/15
Post-its [1] 25/15
posted [3] 7/9 7/17 7/19
poured [1] 25/2
practice [5] 17/17 19/25 20/5 20/6
 26/22
practiced [1] 28/9
practicing [1] 19/22
prejudice [6] 16/8 19/9 20/23 21/3
 22/16 30/5
prepared [2] 5/20 15/7
present [3] 2/7 24/2 24/25
preserve [2] 9/1 12/10
preserved [1] 25/8
preserving [2] 16/10 25/6
pretty [2] 19/6 20/11
preventing [1] 19/22
price [1] 14/23
primary [3] 6/23 6/24 7/2
pro [2] 2/5 26/24
pro hac [1] 26/24
probably [10] 4/13 17/19 19/25 20/6
 23/17 25/25 25/25 27/13 28/1 28/19
problem [2] 5/18 11/24

problems [1] 5/14
procedure [5] 20/18 11/1 18/5 22/19
 23/15
proceed [5] 3/21 4/15 4/16 7/18 30/10
proceeding [1] 5/5
proceedings [1] 3/1
process [1] 25/4
pronounce [1] 4/1
proper [3] 24/25 25/9 25/9
property [5] 9/6 9/23 9/24 10/5 13/5
protected [1] 14/6
protective [5] 20/17 20/20 21/2 24/7
 29/23
provided [1] 6/13
provision [1] 7/24
PULITZER [2] 2/4 3/11
pump [1] 28/23
put [7] 7/23 10/25 11/12 13/6 22/9 25/1
 25/2
putting [1] 14/10 20/11

## Q

quality [1] 29/16
question [3] 14/2 24/20 26/11
questions [1] 6/17
quo [2] 12/10 16/11 25/6

## R

raise [1] 25/8
raised [1] 25/12
rather [1] 28/16
re [1] 19/14
re-file [1] 19/14
read [6] 12/25 13/11 20/18 23/23 23/24
 25/13
reading [1] 13/10
ready [1] 20/13
really [12] 4/14 4/16 9/15 9/22 12/21
 13/10 13/12 15/25 18/8 19/13 19/16
 28/25
reason [3] 8/11 9/10 17/9
reasoning [1] 22/17
reasons [2] 5/10 26/17
recent [1] 20/11
recently [1] 24/23
receptionist [2] 5/25 6/5
receptionist's [1] 6/1
recess [1] 30/15
recommend [10] 5/9 11/23 12/1 18/8
 20/7 26/3 27/18 28/5 28/7 28/13
recommendation [4] 11/25 27/22 28/10
 28/25
recommendations [3] 27/13 28/8 28/21
recommending [1] 18/22
reconstructive [1] 26/12
record [2] 3/9 24/9
recording [3] 1/20 30/18 31/6
redo [1] 18/3
refer [1] 5/16
referral [2] 27/5 27/9
referred [1] 7/14
referring [1] 9/7 27/10
regarding [2] 6/25 16/12
regular [1] 17/3
related [1] 6/25
relating [2] 5/13 5/13
relief [1] 30/8
rely [5] 6/15 20/9 20/14 20/14 28/25

**R**

rem [1]  1/9
remains [1]  10/22
remote [1]  6/21
remove [2]  7/25 23/17
removed [1]  8/9
removes [1]  9/19
removing [2]  8/17 9/6
repair [1]  22/10
repeat [1]  9/18
replace [1]  20/10
report [1]  11/25
Reporter [1]  31/9
represent [10]  6/6 17/20 17/23 17/24
 18/21 18/24 19/6 20/8 21/5 26/17
represents [1]  19/3
reputable [1]  29/1
reputation [2]  16/25 28/23
request [1]  11/16
requesting [2]  12/9 15/1
res [1]  17/4
research [1]  14/25
resell [1]  14/7
respect [8]  9/18 12/18 15/5 23/22 24/12
 24/17 25/24 29/23
respond [4]  6/8 24/10 24/13 24/19
responsibility [1]  24/19
retain [2]  18/1 19/24
retained [1]  6/7
reviews [1]  28/20
Rick [2]  14/20 17/8
rigging [3]  1/8 9/4 9/7
right [34]
rights [1]  17/6
River [1]  13/19
ROBERT [1]  2/2
Rodriguez [1]  31/8
rodriguez [4]  2/8 2/9 31/8 31/10
RPR [2]  2/8 31/8
rule [2]  23/14 23/15
rules [13]  17/16 18/4 18/5 18/5 18/6
 19/12 19/22 22/19 22/19 22/20 23/3
 23/13 23/20
run [1]  22/8
Rupert [1]  17/8
Rupert Gregory [1]  17/8

**S**

safe [3]  13/25 14/5 14/15
said [10]  7/19 13/23 14/4 16/19 19/8
 22/24 26/1 26/18 27/24 27/24
same [1]  16/6
sanctions [3]  5/12 6/11 20/12
satisfied [1]  8/10
saw [1]  13/3
say [8]  3/13 5/2 5/7 16/5 16/22 25/19
 26/14 27/16
saying [6]  6/7 15/24 16/9 16/9 18/3
 19/17
school [1]  18/7
SE [1]  2/5
second [1]  20/19
secure [1]  7/17
see [6]  6/20 12/23 19/10 25/3 29/4 29/7
seeing [2]  14/22 24/1
seem [1]  30/11
seems [3]  7/15 7/18 26/16
seize [1]  25/1

seized [1]  24/21
seizure [1]  24/23
select [1]  10/19
sell [1]  12/15
selling [1]  8/24
send [2]  6/12 29/2
sending [2]  5/18 21/5
sent [3]  6/1 6/6 6/10
series [1]  6/1
serious [2]  15/12 17/25
served [1]  24/24
service [2]  27/5 27/9
set [3]  7/7 12/3 12/6
sex [1]  11/9
she [9]  6/12 22/8 22/8 22/10 22/12
 22/12 22/14 22/14 22/25
she's [2]  22/9 24/16
should [10]  9/1 12/25 15/18 15/25
 17/24 18/24 22/22 23/20 24/17 27/23
shouldn't [2]  7/22 22/6
sic [1]  5/12
side [13]  3/12 8/1 8/6 8/11 9/9 9/10 9/12
 9/20 10/6 10/8 12/6 19/22 21/8
sides [7]  7/21 8/3 8/10 8/13 12/16 25/8
 26/8
sign [1]  21/11
signed [1]  21/10
significant [2]  16/25 18/15
simply [1]  28/23
sir [1]  15/4
site [1]  29/3
sitting [1]  4/5
situated [1]  27/17
situation [1]  10/18
small [1]  27/25
smart [2]  18/20 26/11
so [50]
soft [1]  9/16
soft-spoken [1]  9/16
sold [1]  13/2 14/22
some [9]  5/18 7/1 8/1 11/7 14/25 20/18
 23/24 27/19 29/14
somebody [11]  10/4 10/14 17/18 17/19
 18/2 18/6 18/17 19/23 28/5 28/7 28/13
Somehow [1]  5/25
someone [7]  8/12 10/7 10/12 11/5
 19/24 28/1 29/1
something [8]  1/7 3/3 9/25 10/4 17/3
 23/17 25/17 28/24
soon [1]  6/4
sorry [6]  5/13 9/16 14/4 16/23 24/21
 25/19
sort [7]  7/13 11/23 14/13 15/18 21/7
 22/23 27/4
sound [1]  6/19
sounds [1]  10/24
South [1]  27/14
South Florida [1]  27/14
SOUTHERN [1]  1/1
speak [5]  3/23 4/11 17/4 17/14 21/4
speaking [3]  3/22 4/6 5/2
special [2]  15/21 15/22
specialize [2]  15/22 27/22
specialized [2]  27/4 27/25
specialty [1]  27/1
specific [1]  10/13
specifically [3]  7/20 20/25 29/23
spoke [3]  4/4 5/25 6/4

spoken [1]  9/16
sponsor [1]  28/25
St. [1]  20/3
St. Thomas [1]  20/3
standard [1]  10/18
standing [1]  4/10
STANLEY [5]  1/10 1/14 2/5 3/6 3/14
start [3]  5/10 12/13 28/14
starting [1]  27/23
stated [1]  11/8
STATES [4]  1/1 1/21 25/2 26/19
status [7]  12/10 16/11 22/20 22/21
 22/24 22/25 25/6
stay [2]  5/4 13/16
stiff [1]  20/11
story [1]  25/23
stricken [6]  4/9 15/10 21/13 21/19
 23/13 24/14
striking [1]  20/23
strongly [8]  5/9 16/3 16/3 16/17 16/17
 20/7 26/3 28/12
struck [4]  20/24 21/23 23/4 23/12
stuff [4]  8/16 8/20 17/25 27/12
subject [1]  11/19
subsequently [1]  6/2
substitute [4]  10/15 10/21 10/22 15/1
sue [1]  17/11
suggest [2]  7/23 14/16 16/17 26/24
suggestion [3]  7/19 27/20 29/24
Suite [1]  2/3
supervise [2]  10/7 11/5
supervised [1]  9/11
supervising [1]  8/12
supervision [1]  8/1
support [1]  17/2
supposed [3]  8/7 12/14 13/25
sure [15]  9/3 11/17 12/7 12/13 14/12
 17/9 17/21 18/19 18/20 19/3 19/11
 19/14 22/17 23/24 27/19
surgeon [1]  26/13
surgery [1]  17/21
surrounding [1]  14/24
system [1]  28/24

**T**

tackle [1]  1/7
take [9]  9/11 10/1 10/4 11/3 11/14 11/15
 12/5 19/7 23/16
taken [4]  11/18 13/10 14/12 24/22
takes [1]  10/8
talk [5]  9/5 19/9 22/6 22/22 23/20
talked [2]  7/21 24/5
tap [2]  6/23 6/24
taxes [1]  17/2
tell [11]  4/12 4/13 15/15 18/12 19/4 20/8
 23/5 23/7 23/17 26/8 28/13
telling [3]  5/2 5/6 18/2
terms [1]  17/14
than [3]  11/22 28/3 28/16
thank [9]  15/4 23/21 24/15 29/10 29/21
 30/4 30/15 30/15 30/17
Thanks [1]  3/24
that [228]
that's [28]  6/24 9/21 9/22 10/1 10/18
 11/6 11/6 11/18 12/2 12/19 13/22 14/8
 14/10 14/12 14/19 16/15 16/23 17/12
 17/12 18/6 18/16 19/17 19/23 20/24
 28/17 29/13 30/2 30/12

**I**

**their [4]** 14/7 25/2 28/23 29/19
**them [14]** 6/6 8/8 11/14 14/11 16/5 16/7 17/17 19/9 19/12 19/22 26/23 27/3 27/11 27/21
**themselves [2]** 17/5 17/20
**then [15]** 3/20 3/20 5/11 7/3 10/19 10/20 10/21 10/22 10/25 11/14 12/10 14/15 17/10 24/23 29/6
**there [31]** 5/4 5/17 7/16 7/19 8/4 8/7 8/7 9/23 11/7 11/17 12/7 13/3 13/4 13/16 15/23 17/16 20/9 20/10 20/10 23/2 23/13 27/2 27/4 27/5 27/15 28/20 28/22 29/3 29/12 29/18 30/1
**there's [20]** 5/11 5/17 7/21 12/14 13/4 13/12 13/19 13/20 13/20 14/11 14/12 15/6 15/21 16/1 18/1 19/19 20/19 29/9 29/11 29/14
**these [5]** 6/8 9/16 12/13 25/13 30/7
**they [36]**
**they're [5]** 7/15 15/8 20/4 26/21 27/10
**they've [1]** 21/12
**thing [10]** 3/25 6/23 6/24 9/19 16/22 24/8 25/24 26/1 28/15 29/13
**things [23]** 1/19 6/25 7/22 12/11 13/4 13/12 15/6 15/8 15/9 15/11 16/6 18/14 19/20 20/18 24/13 25/13 28/19 28/20 28/22 29/11 30/8 30/9 30/10
**think [26]** 4/17 4/20 5/11 6/20 8/8 9/3 11/11 12/8 12/23 14/5 14/5 14/8 15/9 15/23 16/7 16/20 17/4 19/13 19/21 21/23 23/14 25/16 25/25 26/1 28/1 29/10
**this [46]**
**Thomas [1]** 20/3
**those [15]** 4/9 8/18 8/25 11/12 11/22 12/12 15/7 15/8 15/10 16/8 19/11 24/13 24/14 27/11 27/13
**though [3]** 13/3 17/5 23/6
**thought [1]** 25/4
**thousands [1]** 22/9
**through [1]** 24/17
**time [13]** 4/12 5/14 6/23 10/4 10/12 10/14 12/6 12/12 19/12 21/3 22/13 25/9 25/12
**timeframe [2]** 10/13 10/19
**times [1]** 4/14
**today [9]** 4/6 4/11 4/14 5/21 6/24 15/10 16/21 21/23 24/6
**told [1]** 26/20
**too [2]** 14/13 19/14
**tops [1]** 28/17
**touch [1]** 6/9
**toys [1]** 11/9
**TRANSCRIBED [2]** 1/20 2/8
**transcription [1]** 31/5
**treat [1]** 18/23
**treats [1]** 18/25
**tried [2]** 4/25 23/3
**trouble [1]** 19/4
**trust [1]** 14/23
**try [10]** 3/23 4/15 9/8 17/19 17/20 18/23 19/5 19/15 23/18 29/17
**trying [1]** 26/17
**turn [1]** 17/10
**two [2]** 24/23 29/11
**two days [1]** 24/23

**U**

**U.S [4]** 13/13 19/25 20/2 20/3
**ultimately [1]** 26/6
**under [3]** 24/10 24/13 24/18
**understand [6]** 3/21 4/7 11/7 16/19 18/5 22/23
**understanding [1]** 7/11
**Understood [1]** 21/25
**unfair [1]** 29/14
**UNITED [4]** 1/1 1/21 25/2 26/19
**United States [2]** 25/2 26/19
**until [1]** 6/10
**up [10]** 3/23 8/23 13/7 13/19 14/10 20/12 22/13 28/22 28/23 30/7
**upside [1]** 8/23
**upside-down [1]** 8/23
**us [1]** 20/10
**used [1]** 27/11
**using [2]** 15/8 20/12

**V**

**value [2]** 8/20 9/1
**venture [1]** 27/15
**versus [3]** 3/3 3/6 6/3
**very [13]** 4/15 9/16 9/17 12/24 14/22 15/10 15/17 16/2 18/19 18/20 26/14 29/14 29/14
**vessel [23]** 6/25 7/3 7/16 7/17 7/22 7/24 7/25 7/25 8/9 8/11 8/18 8/20 9/1 10/20 10/22 12/1 12/1 13/8 14/24 22/7 22/8 22/9 22/10
**vested [1]** 14/22
**vice [1]** 26/24
**violated [2]** 17/6 17/7
**violation [2]** 15/13 15/13
**Virgin [11]** 19/21 19/24 20/1 20/2 20/5 26/22 27/11 27/12 27/25 28/3 28/5
**Virgin Islands [3]** 26/22 27/11 28/5
**voice [1]** 16/23

**W**

**walls [1]** 13/7
**want [25]** 3/19 4/21 8/5 8/6 8/10 8/10 9/19 10/3 10/17 11/2 11/15 13/23 15/1 16/14 18/3 19/10 19/13 19/14 19/24 22/6 22/21 25/8 25/13 26/1 27/1
**wanted [1]** 23/23
**wants [7]** 8/25 10/4 10/12 10/14 12/4 19/10 22/25
**warrant [1]** 24/22
**was [27]** 3/17 4/4 5/12 5/17 6/9 6/12 6/13 6/13 7/12 9/24 13/8 13/17 15/23 19/20 20/10 21/19 21/19 21/21 21/22 21/23 22/16 23/13 24/21 24/24 25/19 26/12 28/6
**wasn't [1]** 9/6
**watch [1]** 25/3
**waters [1]** 13/24
**waterway [1]** 13/1
**way [11]** 3/17 11/16 12/16 16/10 16/12 16/14 17/7 23/2 23/2 26/3 26/5
**we [27]** 4/4 4/25 5/11 5/17 6/9 6/10 6/10 6/14 6/14 6/15 6/23 7/14 8/18 10/13 10/14 11/23 11/24 12/3 12/8 12/12 15/23 16/20 16/21 17/2 19/2 27/17 28/8
**We'd [1]** 10/17
**we'll [9]** 3/20 3/20 7/1 12/17 14/13 16/11 19/12 25/9 25/11

**we're [10]** 3/23 12/8 13/14 16/10 17/17 20/10 24/4 24/16 25/16 27/9
**we've [4]** 6/7 25/23 27/11 30/9
**wealth [1]** 22/13
**WebMD [1]** 23/18
**weeds [1]** 10/3
**weekend [1]** 30/17
**welcome [1]** 5/4
**well [8]** 7/18 8/22 12/23 13/23 14/10 15/17 22/22 29/8
**went [1]** 3/17
**were [31]** 3/1 4/9 7/1 8/8 12/9 19/4 26/19
**weren't [1]** 18/18
**what [36]**
**what's [2]** 8/15 10/5
**when [4]** 9/5 11/4 21/21 25/12
**whenever [1]** 10/16
**where [10]** 4/5 10/13 12/13 13/15 14/14 14/17 17/12 25/3 26/15 27/17
**whether [4]** 11/24 16/12 21/7 29/15
**which [7]** 9/17 11/8 11/9 12/9 13/3 13/8 26/18
**who [23]** 13/2 14/6 14/21 15/22 15/24 17/18 18/6 18/25 19/3 20/12 20/14 22/13 23/1 23/4 27/22 28/2 28/9 28/13 28/20 28/23 29/4 29/7 29/19
**whoever [1]** 20/7
**whole [5]** 13/9 13/24 14/20 14/21 24/23
**whomever [1]** 11/12
**why [3]** 5/23 14/25 23/12
**will [11]** 10/25 11/1 11/17 15/2 24/14 27/2 27/3 28/22 29/5 29/17 30/14
**within [1]** 24/23
**without [12]** 5/6 7/25 9/20 10/8 15/18 16/8 19/9 20/23 21/3 22/16 24/22 30/5
**wonderful [2]** 11/10 11/10
**work [2]** 14/16 30/12
**working [1]** 9/17
**world [3]** 18/15 26/13 29/12
**worse [2]** 15/19 28/18
**worst [1]** 17/19
**would [36]**
**wouldn't [6]** 18/23 19/5 23/19 23/23 27/18 28/25
**write [1]** 20/13
**wrong [4]** 13/20 16/9 26/3 26/6
**wronged [1]** 26/1
**wrote [2]** 16/7 25/14

**Y**

**yard [2]** 13/7 13/19
**Yeah [3]** 17/16 22/25 24/12
**years [3]** 18/12 22/8 29/12
**Yelp [2]** 28/20 28/24
**Yes [12]** 5/22 7/5 7/8 7/10 11/21 20/21 22/3 22/4 22/5 25/18 28/18 30/3
**yesterday [3]** 21/22 21/22 21/23
**yet [3]** 17/1 20/10 20/13
**you [198]**
**you'll [4]** 11/3 11/15 11/16 12/5
**you're [28]** 4/7 4/7 4/9 4/17 5/4 8/6 8/7 15/11 15/12 16/9 17/12 17/20 17/23 18/4 18/19 18/20 18/20 19/22 21/4 21/13 23/5 24/13 24/18 26/2 27/3 27/21 28/11 29/21
**you've [2]** 13/11 26/11
**your [30]** 3/8 3/13 4/24 5/22 7/5 7/10 7/18 9/3 13/8 13/15 14/24 17/14 18/10

**Y**

**your... [17]**  18/21 19/10 19/18 22/15
23/21 24/8 24/20 25/19 25/23 26/4 26/9
26/9 27/24 28/5 29/10 29/16 30/1
**Your Honor [14]**  4/24 5/22 7/10 13/8
14/24 17/14 18/10 19/18 22/15 23/21
24/8 24/20 25/19 29/10
**yours [1]**  11/24
**yourself [8]**  4/15 16/15 17/22 17/24
18/23 18/24 19/14 26/9

**Z**

**ZEHER [10]**  2/4 3/10 7/4 10/10 13/15
14/17 19/4 24/6 27/5 27/24
**Zoom [2]**  4/3 28/6