**From:** Nick Zeher nzeher@robertallenlaw.com
**Subject:** CEASE AND DESIST
**Date:** June 10, 2025 at 2:07 PM
**To:** Stanley Kalish srkalish@bellsouth.net
**Cc:** Serena A. Witter switter@robertallenlaw.com, Jessie Pulitzer jpulitzer@robertallenlaw.com, Litigation Paralegals litparalegal@robertallenlaw.com

Mr. Kalish,

Over the past few days, we have received an outrageous number of emails forwarded to us from your email account. A lot of the emails that have been sent are the same emails drafted by Dannielle Morron which the court has specifically ordered that: (1) you cease the use of AI generated emails and motions; (2) that Danielle Morron is not permitted to participate in this case either as a party or someone that provides you legal advice; and (3) that all of your motions have been denied.

Forwarding unsolicited and unexplained emails to our firm will accomplish nothing. Our firm will not embark on an expedition to decipher what the purpose of those emails are being sent. Further, we have a good faith belief that you have provided Danielle Morron with access to your email, and she is the individual who is taking these actions. Whether it is you sending these emails, or Danielle Morron, your emails are in violation of the court's order and we are now forced to take steps to protect both our client and our firm. Further, it is still abundantly clear that emails you have sent are AI generated.

Please allow this email to serve as notice that you are to **CEASE AND DESIST** your continued bombardment of emails sent to our firm. Any future barrage of such emails will be interpreted as harassment. Should you continue, we will take immediate actions with the court and seek the harshest relief permissible by the court. We will also submit invoices for the data usage your unsolicited emails have absorbed.

We also highly caution you on the continued threats you have made against both Huntington and our firm. There will be no future warning.

Best Regards,

Nick

_____

Due to the high volume of e-mails I receive daily, your message may get overlooked. If you don't receive a reply within 48-hours, please resend your email with Christina Caristo at ccaristo@robertallenlaw.com in copy – your communication is important to me.

**Nick Zeher** | Attorney at Law

ROBERTALLENLAW
THE YACHT LAWYERS

303 Banyan Blvd. Suite 200
West Palm Beach, FL 33401
O: +1 561.510.9606 | D: +1 561.510.9602
website | nzeher@robertallenlaw.com