

**From:** dmo pa <DMoPALLC@outlook.com>
**Date:** Tuesday, June 17, 2025 at 1:11 PM
**To:** Nick Zeher <nzeher@robertallenlaw.com>
**Cc:** Robyn Twinam <robyn.twinam@huntington.com>
**Subject:** Rule 408 Confidential Settlement Communication

[EXTERNAL SENDER]

Hello Nicholas.

I have just received your letter via FedEx. As you know, I am Stanley's lawfully authorized agent to make all decisions on his behalf. I am willing to meet with you in person to discuss the settlement. I am available Thursday or Friday afternoon. He will not be attending this or any other informal meeting, or engaging in any settlement discussions with you, your firm, or the bank whatsoever. He is still catching up on surgeries of the seven patients he had to cancel to attend the June 6 hearing. I still have not received any of my property back, so you should arrange for us to meet at the vessel so I can get that. Do not try to give me the runaround about requiring a signed property release from Stanley. Most everything on that vessel quite obviously belongs to me. I will await your response via email.  If I don't hear from you by end of day, I have other social plans on the horizon.

Also, I do NOT want to see the liquidator guy Frank, who saw me naked when he unlawfully ambushed the vessel and then ransacked my belongings, or any of his agents, assigns, friends, family, neighbors, enemies, accomplices, anyone he has ever crossed paths with on I-95, and so on and so forth. I am an extremely private individual, and many boundaries were crossed which cannot be uncrossed, to say the least. You would need to come alone with the keys to the front door. I will not consent to any confidential discussion whereby I will potentially be ganged up upon like I was April 8. There will be no judge before us, and there is quite obviously no chance I will physically overpower you, so you're safe there, unlike me, who was ambushed by a grown man gang of mean-mugging criminal thugs with tow ropes in the middle of the water, with my personal iPhone sitting in the pineapple under the sea.

Stan is otherwise delighted to continue litigating this total dumpster fire the bank created. Frank and his accomplices have already had ample opportunity to cherry pick the boat, so at this point, I couldn't care less how long litigation continues, especially throughout hurricane season, whereby the bank will continue to pick up the tab for custodial and storage fees. I'm finally getting some financial relief from paying a jumbo mortgage and countless other fees for two years on a dead boat. Not so fun, is it?

Get [Outlook for iOS](#)