# EXHIBIT I



**Posts**
theyachtlawyers

Follow

---

## Comments

ⓘ

**scratchmotoryacht** 3w

Interesting interview, Bob!

♡

Will you further enlighten the public with a follow-up segment on your firm's understanding of the Ship Mortgage Act, specifically how U.S. ship mortgages are Federally enforced? ⚓

A First Preferred Ship Mortgage (FPSM) is a maritime lien recorded with the U.S. Coast Guard's NVDC on a U.S.-flagged vessel. It's the maritime equivalent of a real estate mortgage.

 Key Components:

Mortgagor = vessel owner

Mortgagee = lender

Collateral = the vessel

Must be recorded under 46 U.S.C. § 31321 to be valid

📣 Lender vs. Owner Rights in Default:

🗽 Owner keeps full legal title and possession

