UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

    Plaintiff,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    Defendant(s).

_____/

## ORDER GRANTING STANLEY R. KALISH'S MOTION TO WITHDRAW FILINGS

THIS CAUSE is before the Court upon Stanley R. Kalish's ("Defendant") Motion to Withdraw Filings [DE 109], filed August 6, 2025. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Withdraw Filings [DE 109] is hereby **GRANTED**.

2. Defendant's filings at [DE's 54, 69, 94, 96, 98, and 101] are hereby **WITHDRAWN**.

3. Defendant shall file a Response to the Complaint within 30 days from the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of August, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Hunt

Counsel of record

Stanley R. Kalish, pro se