UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 25-61018-CIV-DIMITROULEAS/HUNT
IN ADMIRALTY

HUNTINGTON NATIONAL BANK,

    *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    *Defendant(s)*.

_____/

## **PROTECTIVE ORDER**

This matter is before this Court on Plaintiff's Renewed Motion for Contempt and Motion for Protective Order. ECF No. 103. The Honorable William P. Dimitrouleas, United States District Judge, referred the motions to the undersigned for appropriate disposition. *See* 28 U.S.C. § 636(b); S.D. Fla. L.R., Mag. R. 1.

Following the entry of this Court's Order granting in part the Motion for Protective Order, ECF No. 138, the Parties submitted suggestions regarding the Protective Order's language. Having carefully reviewed the submissions, the entire case file, and applicable law, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

    1.    Morron is enjoined and restrained from making threats, using abusive language, or engaging in conduct designed solely to intimidate, annoy, embarrass, or otherwise harass any Party associated with this case.

2. Morron is prohibited from submitting pleadings containing fabricated case law or non-existent legal authorities. Morron shall include in any submitted pleading a verified statement that all citations have been independently checked and are valid.

3. Morron shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida in any participation in this litigation.

4. Violation of any provision of this Protective Order may result in sanctions, including fines, attorneys' fees and costs, and such other relief as the Court deems just and proper.

5. This Protective Order shall remain in effect for the duration of this litigation and any related proceedings.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 16th day of October 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable William P. Dimitrouleas

All counsel of record

Danielle Morron
3401 SW Sawgrass Villas Drive
Unit 11-C
Palm City, Florida 34990
PRO SE