UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

    *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    Defendant(s).
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On December 2, 2025, the Court issued an Order [DE 157] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **December 24, 2025**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record and *pro se* parties