UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

    *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    Defendant(s).
_____/

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTION

THIS CAUSE came before the Court on Non-Party Movant Danielle Morron's Expedited Motion Under Supplemental Rule E(4)(f) to Vacate Rule C Arrest and Dismiss the *in rem* Case for Lack of Admiralty Jurisdiction Under 46 U.S.C § 31325 [DE 152], and the Report of Magistrate Judge Patrick M. Hunt dated January 9, 2026. [DE 223]. The Court has conducted a *de novo* review of the Motions, the Report, Danielle Morron's Objection [DE 231], and is otherwise fully advised in the premises. The Court notes that Judge Hunt held a hearing on the Motion on January 8, 2026. Upon careful consideration, the Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 223] is hereby **APPROVED**;

2. Danielle Morron's Objection [DE 231] is **OVERRULED**;

3. Danielle Morron's Expedited Motion Under Supplemental Rule E(4)(f) to Vacate Rule C Arrest and Dismiss the *in rem* Case for Lack of Admiralty Jurisdiction Under 46 U.S.C § 31325 [DE 152] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record and *pro se* parties