UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

    *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

    Defendant(s).
_____/

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTION

THIS CAUSE came before the Court on Plaintiff Huntington National Bank's Motion for Contempt against Danielle Morron for Violation of Protective Order [DE 177], and the Report of Magistrate Judge Patrick M. Hunt dated January 14, 2026. [DE 226]. The Court has conducted a *de novo* review of the Motion, the Report, Danielle Morron's Objection [DE 231], and is otherwise fully advised in the premises. The Court notes that Judge Hunt held a hearing on the Motion on January 8, 2026. Upon careful consideration, the Court agrees with the Magistrate Judge's reasoning and conclusions as set forth in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report [DE 226] is hereby **APPROVED**;

2.     Danielle Morron's Objection [DE 231] is **OVERRULED**;

3. Plaintiff Huntington National Bank's Motion for Contempt against Danielle Morron for Violation of Protective Order [DE 177] is **GRANTED IN PART** as follows:

A. The Motion [DE 177] is **GRANTED** to the extent that Danielle Morron is **PROHIBITED** from communicating with the Bank or the Bank's attorneys in any manner regarding this case, except through properly filed court documents or with prior written approval from this Court;

B. Any Local Rule 7.1(a)(3)(A) conferral requirement when it comes to any filings between the Bank and Morron are hereby **WAIVED**;

c. The remainder of the Motion is denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2026.

*[signature: William P. Dimitrouleas]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record and *pro se* parties