UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

       *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

       Defendant(s).

_____/

**ORDER APPROVING REPORT OF MAGISTRATE JUDGE;
OVERRULING OBJECTION**

THIS CAUSE came before the Court on Plaintiff Huntington National Bank's Motion for

Interlocutory Sale of the Defendant Vessel [DE 165], Intervenor Danielle Morron's Motion to Vacate

the Appointment of Substitute Custodian Nunc Pro Tunc [DE 205] and the Report of Magistrate

Judge Patrick M. Hunt dated January 16, 2026. [DE 227].  The Court has conducted a *de novo*

review of the Motion, the Report, Danielle Morron's Objection [DE 248], and is otherwise fully

advised in the premises. The Court notes that Judge Hunt held a hearing on the Motion on

January 8, 2026. Upon careful consideration, the Court agrees with the Magistrate Judge's

reasoning and conclusions as set forth in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report [DE 227] is hereby **APPROVED**;

2.      Danielle Morron's Objection [DE 248] is **OVERRULED**;

3.      Intervenor Danielle Morron's Motion to Vacate the Appointment of Substitute

Custodian Nunc Pro Tunc [DE 205] is **DENIED**;

4.      Plaintiff Huntington National Bank's Motion for Interlocutory Sale of the

Defendant Vessel [DE 165] is **GRANTED**. The Court hereby **ORDERS**:

(a) the sale of the Vessel, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., by the United States Marshal, Southern District of Florida at public auction to the highest bidder free and clear of all liens from any preexisting claims of the Vessel, whether recorded or otherwise, as provided in Supplemental Rule E(9)(a) of the Federal Rules of Civil Procedure, within ninety (90) days;

(b) that notice of such sale be made by advertisement pursuant to the Rule of the Court, and that the reasonable cost of such advertisement shall constitute a taxable cost in this action;

(c) that the Bank be entitled to credit bid all or part of any quantum of its claim at the judicial sale for the Vessel. The Bank must also provide the Court affidavit support as to the total amount owed under the ship's mortgage inclusive of all substitute custodian costs no less than 15 days prior to the scheduled sale of the vessel;

(d) that the proceeds of such sale, upon confirmation by the Court, be paid by the United States Marshal into the registry of this Court to await and abide further order of this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record and *pro se* parties