UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

     *Plaintiff*,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

     Defendant(s).

_____/

## ORDER DENYING DANIELLE MORRON'S MOTION
## FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL

THIS CAUSE is before the Court on Danielle Morron ("Morron")'s Motion for Sanctions against Plaintiff's Counsel Nicholas J. Zeher and for Evidentiary Hearing, filed April 30, 2026. [DE 312]. The Court has carefully considered the Motion and the record and is otherwise fully advised in the premises. The Court finds Morron's Motion for Sanctions to be frivolous.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 312] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record and *pro se* parties