# COMPOSITE EXHIBIT "A"

2:26

2:13

**‹ 3**



**+1 (786) 631-2495 ›**

iMessage
Today 2:03 PM

Hi Nick. This is Danielle. I would like to get my stuff back from Frank Kups, he said he would have it delivered to my house, then he went ghost. I am entitled to the unconditional return of all of my belongings. I... ›

If you did not expect this message from an unknown sender, it may be spam.

**Report Spam**

iMessage

‹    **Hi Nick. This is Danielle. I woul...**

Hi Nick. This is Danielle. I would like to get my stuff back from Frank Kups, he said he would have it delivered to my house, then he went ghost. I am entitled to the unconditional return of all of my belongings. I understand it's being withheld from me because I won't sign that waiver of liability on behalf of all your camp, I do have an attorney who practices a different type of law who I already sunk $40,000 retainer to prepare a separate lawsuit against Kups, but now I understand that you and a member of the bank Marc encouraged the winning bidder not to deposit registry funds and are attempting to negotiate a back door deal to sell the boat to him for like $177k because of all the misrepresented damages during bidder due diligence, and then the bank guy bidding with an unliquidated credit bid by an unregistered bidder through Kups auction registration, who doesn't have even a provisional credit bid, and he's supposed to be a "neutral" custodian, and I don't really think that's allowed. The diver said the bottom has also been dragged over a reef, from when kups was towing it with dinghies, I know exactly where the shallow cut is in St Thomas

2:25    📞 1:13        ••••••••••••    ● ▬

**<    Hi Nick. This is Danielle. I woul...**

where the shallow cut is in St Thomas with all the rocks that he scraped it on, fixing the bottom is not cheap, it's been soaked with rainwater and neglected, just absolutely horrific things Kups and co have done to my work product. I'm not sure what your ideal end game is here to remain in conflict, if you recover $177k cash for the bank for the boat, I will not be paying your legal fees, Kalish doesn't have any money that's traceable, Huntington bank is extremely cheap, they think 10k is a lot of carrying cost for a yacht, that is actually negligence-level inadequate, and Kups remains 100% exposed for liability for many things which I won't get into now. I know the bank well and I guarantee they will try to cut you down significantly on your legal fees, because Kalish simply cannot pay, even on a judgement, which is why I presume you keep asking me to pay them. Your firm will ultimately take a hit to profitability for all the hours you all end up writing off, and if you go to trial, what are the bank really expecting to economically accomplish from that? The law of diminishing marginal utility has probably reached its trough, unless your employees are only making $110 a year. Seems like this case is more energy and



**2:25**   📞 **1:26**   ............   ● ▢

< **Hi Nick. This is Danielle. I woul...**

employees are only making $110 a year. Seems like this case is more energy and time at this point for your firm than the value of the hours you are spending fighting over a boat you and Marc are apparently trying to backdoor offload for $177,000 after a public auction without any money being deposited in the registry, and considering all the laundering etc at origination with Rick obey monopoly money at the inception of the loan, basically using valueless paper to report fake trade values to appease the fdic, retracement, lack of repayment ledger, etc, calculations are messy and complicated. The banks hands are not clean. They can try to get a judgement against Kalish I suppose, threaten to put an 80 year old man out of his home as the end stage of the Rick obey con, but once you have to account for offsets for the repair cost of the physical damage Kups caused, and the credit for possessing the boat, the bank's actual credit bid may very well be negative. You obviously don't have a buyer at 500k if you're trying to backdoor sell the boat to the high bidder for only $177k, so please talk it over with your team if you wish, and let me know if they find it prudent to conclusively

< **Hi Nick. This is Danielle. I woul…**

backdoor sell the boat to the high bidder for only $177k, so please talk it over with your team if you wish, and let me know if they find it prudent to conclusively resolve it in this manner. I am willing to execute Kups global liability waiver and an NDA, including the bank, etc, I'll even agree to throw in Rupert, and none of you will ever see my name pop up again, on the condition that all my stuff, and all the spare parts, chips, relays, tools to the boat, which I have photographs of the entire spare parts inventory, and all the statues and artwork and my jet ski and retainers and all my other belongings are returned, anything cherrypicked or missing from inventory be returned or replaced, and title to the boat for my salvage lien, and that Kups file an insurance claim with Arthur Gallagher to repair the damages and decay he caused by neglecting it, crashing it, ripping off the anchor, letting the teak mold, destroying the gelcoat, letting rainwater pool on the electrical boxes, trashing my table, and god knows what else 🙍. If not, that's ok too, I will win my case on appeal, but that too is costly for the bank, I want you to know I'm not trying to drive costs up unnecessarily, but I also won't be walked

2:25          📞 1:47                    ••••••••••••    ● ■

<      **Hi Nick. This is Danielle. I woul…**

what else . If not, that's ok too, I will win my case on appeal, but that too is costly for the bank, I want you to know I'm not trying to drive costs up unnecessarily, but I also won't be walked all over by a corporation trying to cash in on the value of my salvage without paying me and treating my efforts are charity, and meanwhile they're fighting over a boat with a market value worth less than the amount of fees you even need to bill for your firm to get paid and make three cents profit, and trying to get title just so you can either sell it to that guy for $177k or keep incurring carrying costs, so where is the benefit of the economic bargain for your camp in that? Kalish also owes the IRS 500k, and a billion other creditors, so even if Huntington wants to spite him to that route of filing bk, it's unlikely Huntington will recover more than pennies, especially ahead of the government and spread across all his creditors. Spending so much time and money if the goal is just to spite people will just result in an economic loss that someone in your camp will ultimately be forced to absorb. The bank should have probably just taken the $313k they agreed to last February before they destroyed the boat,



2:25    1:53

**Hi Nick. This is Danielle. I woul...**

taken the $313k they agreed to last February before they destroyed the boat, I was ready to perform, but the bank was unwilling to submit a simple one page form to release the lien, so I don't think it's hard to understand why I didn't wire it, because they've been taking my money already based on false promises and inducement for several years, and they knew long ago I was going to put a lien on the boat for salvaging it, and they didn't seem to care then and let me finish all the way before deciding they wanted the boat instead. Paying expenses on that boat is not cheap or fun, I totally do understand that. Please let me know about my property, Kups insurance claim, the global waiver, the NDA, and the title, if the bank are open to cutting their losses, and they and your team can be done with this giant money suck of a situation with 8000 moving parts, many that do not favor the banks preferred narrative. I'm the real liability risk of uncapped damages, even if this Kalish lawsuit concludes and you were to "prevail." I don't live in a way where I seek to spite people, and I'm sure everyone would just like to move on peacefully with our lives. Kups has a window of opportunity now to curtail his open-ended liability exposure, and we

2:25   1:59

**< Hi Nick. This is Danielle. I woul...**

open-ended liability exposure, and we never have to talk to each other again. If you're not interested in my settlement proposal, no need to respond, please ask Kups to contact me about returning my property without the waiver, and I will otherwise see you in court as Kalish's expert fact and pre-seizure condition witness. Despite you saying I lack credibility, or arguing I'm not an "expert" in Mangusta, every narrative from every other person in the bank's lawsuit has been indirectly filtered through multiple different parties, I'm the only one who has spent hundreds of hours on the boat remediating all the damage, I know what everything costs to repair and replace, and someone who spends an hour in there pointing out small flaws and ceiling drips on a 21 year old boat and makes a bogus appraisal report emphasizing defects Kups exacerbated, and doesn't do mechanical surveys is not more credible than the person who actually fixed it. Like I said, if the bank and Kups are not interested in disposing of this total headache of a matter now, carry on, no need to even acknowledge me or respond, other than to please communicate with Kups to contact me to arrange for the return of my property, I

2:25   📞 2:04   ••••••••••••   ● ▬

   **Hi Nick. This is Danielle. I woul...**

witness. Despite you saying I lack credibility, or arguing I'm not an "expert" in Mangusta, every narrative from every other person in the bank's lawsuit has been indirectly filtered through multiple different parties, I'm the only one who has spent hundreds of hours on the boat remediating all the damage, I know what everything costs to repair and replace, and someone who spends an hour in there pointing out small flaws and ceiling drips on a 21 year old boat and makes a bogus appraisal report emphasizing defects Kups exacerbated, and doesn't do mechanical surveys is not more credible than the person who actually fixed it. Like I said, if the bank and Kups are not interested in disposing of this total headache of a matter now, carry on, no need to even acknowledge me or respond, other than to please communicate with Kups to contact me to arrange for the return of my property, I just don't see what value is in it for anybody at the bank or your firm to continue this combative conduct where the alternate avenue to disposing of the matter amicably is just continuing to bleed money. Have a good one 🤙