UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 0:25-cv-61018-WPD

HUNTINGTON NATIONAL BANK,

      Plaintiff,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery,
tackle, apparel, boats, furniture, equipment,
rigging, freights, and all other necessary
appurtenances, etc., *in rem*, and STANLEY R. KALISH,
*in personam*,

      Defendant(s).

_____/

**ORDER DENYING EXPEDITED MOTION OF NON-PARTY/SALVAGE LIEN**
**CLAIMANT DANIELLE MORRON FOR LIMITED INDICATIVE RULING,**
**CLARIFICATION, RULE 72 TREATMENT OF DE 293**

THIS CAUSE is before the Court upon non-party Danielle Morron ("Morron")'s

Expedited Motion of Non-Party/Salvage Lien Claimant Danielle Morron for Limited

Indicative Ruling, Clarification, Rule 72 Treatment of DE 293 ("Expedited Motion"), sent by

email to the undersigned's Chambers' email address on June 16, 2026 and docketed by

Chambers at [DE 336] for purposes of the Court entering this Order.[1] The Court has carefully

considered the Motion and the record and is otherwise fully advised in the premises.

Non-Party Morron's appeal of Magistrate Judge Hunt's April 17, 2026 Order [DE

293] denying Morron's Motion for Authorization to Credit Bid Salvage Lien at Interlocutory

Sale is pending before the United States Court of Appeals for the Eleventh Circuit [Case No.:

---

[1] In the future, any emails sent to Chambers will not be reviewed until the underlying filing is
received by the Clerk's Office via approved procedures and docketed in the normal course.

26-11349]. The Eleventh Circuit has issued Jurisdictional Questions to the parties to the appeal. *See* [Case No.: 26-11349] at [DE 20-1].

In turn, Morron has filed the instant Expedited Motion, effectively seeking various forms of advisory opinions and legal advice from this Court, which this Court will not provide.

This Court has no jurisdiction to rule on the matters raised in Morron's Expedited Motion unless the Eleventh Circuit relinquishes jurisdiction, which it has not done. Morron's requests for indicative ruling are not applicable and even if they were, this Court would not indicate that it would rule in a way that is favorable for Morron if the Eleventh Circuit would relinquish jurisdiction.

Accordingly, it is **ORDERED AND ADJUDGED** that the Expedited Motion [DE 336] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Hunt
Counsel of record
Ms. Morron