**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

HUNTINGTON NATIONAL BANK,

Case No.: 0:25-cv-61018-WPD

Plaintiff,

v.

M/Y SOMETHING ABOUT MERI, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., in rem, and STANLEY R. KALISH, in personam,

Defendant(s).
_______________________________________/

**DEFENDANTS' COUNSEL MOTION TO WITHDRAW AS COUNSEL**

Olive Judd, P.A., and its attorneys Christian A. Petersen, Christian R. Leto, and James M. Buis (collectively, "Counsel"), pursuant to Local Rules 7.1, and 11.1(d)(3) of the Local Rules of the United States District Court for the Southern District of Florida and Rule 4-1.16 of the Rules Regulating the Florida Bar, hereby move this court for an Order granting leave to withdraw as counsel of record for Defendants M/Y SOMETHING ABOUT MERI, in rem, and STANLEY R. KALISH, in personam ("Dr. Kalish") (collectively, the "Defendants"), and state as follows:

1. Counsel appeared in this action on behalf of Defendants, including M/Y SOMETHING ABOUT MERI and Stanley R. Kalish.

2. By Order dated December 1, 2025, the Court set this action for trial during the two-week calendar commencing August 31, 2026.

3. This action is presently stayed pending resolution of an appeal involving non-party, Danielle Morron ("Morron"). [D.E. 330]. While the stay remains in effect, the scheduled trial and related pretrial deadlines will not proceed. When the stay is lifted, the Court may reset any necessary deadlines.

4. Counsel has made repeated attempts to communicate with Dr. Kalish regarding this matter; however, Dr. Kalish has failed to meaningfully communicate with Counsel for the past three months, thereby substantially impairing Counsel's ability to effectively represent the Defendants.

5. Additionally, Defendants have failed to satisfy their financial obligations to Counsel for legal services rendered despite notice and opportunity to do so.

6. As a result of Dr. Kalish's failure to communicate and cooperate with Counsel, together with Defendants' failure to satisfy their financial obligations, the attorney-client relationship has deteriorated to the point that continued representation has become unreasonably difficult and effective representation is no longer possible.

7. Counsel is unaware of any substitute counsel that has appeared on behalf of Defendants as of the filing of this Motion.

8. Pursuant to Rule 4-1 - 16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client when "(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled" and "(4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client." FL ST BAR Rule 4-1.16.

9. Withdrawal will not prejudice Defendants or any other party. This matter is currently stayed, no active trial setting will proceed while the stay remains in effect, and Defendants will have ample opportunity to retain substitute counsel before the action resumes.

10. Withdrawal will not delay the administration of this action or interfere with any pending deadlines because all proceedings are presently held in abeyance during the stay. Pursuant

to Local Rule 11.1(d)(3), Defendants' current mailing address is: 3630 Peachtree Road, Unit 1809 Atlanta, GA 30326.

WHEREFORE, Olive Judd, P.A., and its attorneys of record respectfully request that the Court enter an Order (i) granting this Motion; (ii) permitting Christian A. Petersen, Christian R. Leto, James M. Buis, and Olive Judd, P.A. to withdraw as counsel for Defendants M/Y SOMETHING ABOUT MERI, and STANLEY R. KALISH; (iii) affording Dr. Kalish a reasonable period of not less than thirty (30) days to retain substitute counsel or to notify the Court of his intent to proceed pro se; and (iv) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**OLIVE | JUDD, P.A.**
*Attorneys for Defendant, Stanley R. Kalish*
2426 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954-334-2250
Facsimile: 954-334-2259

/s/ Christian A. Petersen, Esq.
Christian A. Petersen
Fla. Bar Number: 154105
cpetersen@olivejudd.com
Christian R. Leto
Fla. Bar Number: 1048760
cleto@olivejudd.com
James M. Buis
Fla. Bar Number: 1068447
jbuis@olivejudd.com

## NOTICE TO CLIENT

I HEREBY CERTIFY that on July 29, 2026, a copy of the foregoing Motion to Withdraw as Counsel was provided to Defendant Stanley R. Kalish by electronic mail and by Federal Express delivery to his last known address.

By: /s/ Christian A. Petersen, Esq.
Christian A. Petersen
Fla. Bar Number: 154105
cpetersen@olivejudd.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF, which will provide notice to all counsel of record. I further certify that, on August 3, 2026, a copy of the foregoing Motion to Withdraw as Counsel was provided to Defendant Stanley R. Kalish by electronic mail and via Federal Express to 3630 Peachtree Road, Unit 1809 Atlanta, GA 30326.

By: /s/ Christian A. Petersen, Esq.
Christian A. Petersen
Fla. Bar Number: 154105
cpetersen@olivejudd.com